## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

# FILED

FEB 24 2025



THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|   |   |   |
|---|---|---|
| Shenzhen Sunwell Industrial Co., Ltd. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: |
| | ) | |
| | ) | |
| The Partnerships and Unincorporated | ) | JURY TRIAL DEMANDED |
| Associations Identified on Schedule A | ) | |
| | ) | **Case No.: 1:25-cv-01949** |
| Defendants. | ) | **Judge Thomas M. Durkin** |
| | ) | **Magistrate Judge Heather K. McShain** |
| | | **RANDOM: Cv Cat 1** |

## COMPLAINT

Shenzhen Sunwell Industrial Co., Ltd. ("Plaintiff" or "Sunwell") brings this design patent infringement action under 35 U.S.C. § 100 *et seq.* against the Defendants identified by Merchant Name in the attached Schedule A (Exhibit 1) and allege as follows:

1.      This is an action for design patent infringement by parties who are unlawfully exploiting Sunwell's patented invention, reputation, and goodwill by selling and/or offering unlicensed products, specifically swivel chairs ("Infringing Products").

2.      Sunwell brings this case to stop and seek damages for widespread patent infringement by e-commerce sellers on several e-commerce platforms, including Amazon (the "Platform")—platforms on which infringers are notorious for selling infringing goods. Numerous sellers operating on the Platform are engaged in the unauthorized sale and/or offer for sale of products that infringe Sunwell's U.S. Patent No. D926,487 ("the '487 Patent"). The Defendants, using one or more of the seller aliases identified on Schedule A (the "Seller Aliases"), create e-commerce stores on the Platform to advertise, offer for sale, and sell the Infringing Products.

3.     The rapid growth of e-commerce and e-commerce platforms has facilitated online trafficking in counterfeit and pirated goods. In 2021 alone, Customs and Border Protection seized over \$3.3 billion in illegitimate goods. (2020 Intellectual Property Rights Seizure Statistics, Fiscal Year 2021, U.S. Customs and Border Protection.) The majority of the goods seized by CBP arrived from China and Hong Kong. (Combating Trafficking in Counterfeit and Pirated Goods, US Dept. of Homeland Security's Office of Strategy, Policy, and Plans (Jan. 24, 2020).) Infringers use e-commerce platforms to sell their infringing products to large numbers of potential consumers with near impunity. By setting up deceptive storefronts on e-commerce platforms such as the Platform here, the fraudulent sellers operate with an air of legitimacy and without any efficient or effective modes for intellectual rights holders to enforce their rights. Enforcing intellectual property rights is significantly complicated by e-commerce platforms' policies that permits sellers that have one or more storefronts closed for repeated IP infringement to operate additional stores.

4.     Infringers are able to register their deceptive storefronts on e-commerce stores such as the Platform without providing accurate and genuine identifying information. (Alibaba, Amazon, and Counterfeiting in the Age of the Internet, 40 NW. J. Int'l L. & Bus. 157, 186 (2020).) Infringers are able to sign up for storefronts on the Platform, obscure their real identifies, and, when confronted with an enforcement attempt, avoid accountability and traceability by frequently changing names and addresses including opening new storefronts on the Platforms. (*See* Alibaba, Amazon, and Counterfeiting in the Age of the Internet, 40 NW. J. Int'l L. & Bus. 157, 186 (2020) and Combating Trafficking in Counterfeit and Pirated Goods, US Dept. of Homeland Security's Office of Strategy, Policy, and Plans (Jan. 24, 2020).) As a result, American consumers now face a significant risk of purchasing infringing products or

pirated goods over the internet that they believe are authentic goods made or licensed by the actual patent holder.

5. As a result of the aforementioned unlawful infringement, Sunwell is compelled to file this action to protect its lawful patent rights and to safeguard consumers from being misled into purchasing the Infringing Products on the Platform. Sunwell has sustained and continues to suffer irreparable harm due to the infringement of its patent rights, which permits unauthorized parties to manufacture, use, sell, offer for sale, and import its patented design. Sunwell seeks injunctive relief as well as monetary damages resulting from Defendants' infringing activities.

## JURISDICTION AND VENUE

6. This patent infringement action arises under the United States Patent Laws, Title 35 U.S.C. § 100 *et seq.*, including 35 U.S.C. § 271. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

7. This Court has both specific and general personal jurisdiction over Defendants by virtue of their purposeful availment of the benefits of conducting business within the Northern District of Illinois. This is evidenced by their distribution, promotion, marketing, sale, and/or offering for sale of one or more products identified by the Amazon Standard Identification Numbers (ASINs) enumerated in the attached Schedule A. The Defendants have generated substantial revenue from these infringing activities by placing the Infringing Products into the stream of commerce, with the reasonable expectation that such goods will be purchased by consumers within the Northern District of Illinois. Each Defendant operates one or more interactive commercial e-commerce stores that are accessible to Illinois residents, allowing them to purchase the Infringing Products directly. Furthermore, Defendants have specifically targeted the Illinois market by being prepared to ship their infringing goods to customers located in

Illinois. Each Defendant is engaged in tortious conduct within the State of Illinois, is

participating in interstate commerce, and has caused Sunwell significant harm within Illinois as a

result of their unlawful actions.

## THE PARTIES

### *Plaintiff Sunwell*

8.      Sunwell is a limited liability company organized and existing under the laws of

China. Its principal place of business is at the United States. Sunwell does business in this

District through online marketplace such as Amazon.

9.      Sunwell is a leading manufacturer specializing in high-quality outdoor furniture.

The company designs, produces, and sells a wide range of modern and stylish garden and patio

furniture, catering to both the United States market and international markets. With a strong

commitment to innovation and craftsmanship, Sunwell has built a reputation for offering durable,

elegant, and comfortable outdoor furniture solutions.

### *Defendants*

10.     Upon information and belief, the Defendants are individuals or business entities

who, either individually or jointly, own and/or operate one or more of the e-commerce stores

under at least one of the Seller Aliases identified on Schedule A and/or other seller aliases not

yet known to Sunwell, but which may become the subject of this action through amendment of

this Complaint.

11.     On information and belief, some or all of the Defendants are individuals or

companies that reside in the People's Republic of China, are affiliated with entities based in the

People's Republic of China or have strong ties to the People's Republic of China. Indeed, all

4

packages of the Infringing Products indicate that they are made in China. Defendants have the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b).

12.     Upon review of Defendants' storefronts associated with each Seller Alias and upon information and belief, it is likely that Defendants are interconnected in their infringing activities As demonstrated by Exhibits 2 through 7, the products offered by Defendants are nearly or fully identical, particularly in relation to the '487 Patent, and, as noted above, the products are all made in China. By importing, marketing, promoting the use of, distributing, selling, and/or offering for sale these products, each Defendant is committing infringement in a similar manner and with respect to the same product or trivial variations thereof.

## FACTS

### *Sunwell and its Patent*

13.     Sunwell is a premier manufacturer specializing in high-quality outdoor furniture and holds numerous valid patents within this industry

14.     On August 3, 2021, the U.S. Patent and Trademark Office duly and legally issued and granted the '487 Patent, entitled "Swivel Chair." A true and correct copy of the '487 Patent is attached as Exhibit 8. The patent is valid and enforceable.

15.     The swivel chairs produced by Sunwell, which are associated with the '487 Patent, exemplify superior quality and craftsmanship. As a result of Sunwell's substantial investments and efforts, its products, including but not limited to swivel chairs, have attained significant recognition, reputation, and goodwill, all of which are directly linked to Sunwell's exclusive rights. Any unauthorized use of the patented design infringes upon Sunwell's rights and undermines the value and integrity of its brand, thereby constituting clear instances of patent infringement

### *Defendants' Unlawful Activities*

16.     Sunwell's reputation for making and selling high-quality furniture has resulted in widespread unauthorized use of the '487 Patent. To date, Sunwell has found many fully interactive, e-commerce stores offering products employed with the '487 Patent on online marketplace platforms, such as Amazon, including the e-commerce stores operating under the Seller Aliases.

17.     Without Sunwell's authorization, and upon information and belief, Defendants commenced the use of the '487 Patent in relation to their chair products following Sunwell's acquisition of protectable exclusive rights in said patent.

18.     Sunwell's investigation of the Platform has led to the discovery that the Defendants have been offering various chair items on the Platforms infringing the '487 Patent. Upon investigation of Defendants' product listings for the Infringing Product, Sunwell confirmed that these products were made and sold without Sunwell's authorization. (Ex. 9, Declaration of Wei Li, at ¶ 6)

19.     Online infringers are known to employ many countermeasures against enforcement by intellectual property holders. For example, infringers frequently operate multiple accounts to evade account shutdowns. In fact, there are many similarities amongst the various Defendants' storefronts identified in the attached Schedule A that suggest they are affiliated or part of the same infringing network. *See* Declaration of Wei Li at ¶ 7-9 . Once online infringers learn of any efforts by patent owners to enforce their rights, online infringers will frequently shut down the online storefront being targeted only to immediately reemerge under a new name, identity, and location to resume their infringing operations. This turns enforcement efforts into an ineffective game of "Whack-A-Mole."

20. Additionally, online infringers are also known to maintain off-shore bank accounts and regularly move funds from their financial accounts to off-shore accounts outside the jurisdiction of this Court to try to avoid payment of any monetary judgment awarded by the Court.

21. The actions of Defendants are causing, and unless restrained, will continue to cause irreparable harm and immediate damage to Sunwell, jeopardizing its valuable reputation and goodwill with the consuming public, for which Sunwell has no adequate remedy at law.

## COUNT ONE
## Design Patent Infringement

22. Sunwell repeats and incorporates by reference the allegations set forth in the preceding paragraphs.

23. Defendants are engaged in the offering for sale, selling, and/or importing into the United States for subsequent resale or use the Infringing Products, which infringe upon the swivel chair design claimed in the '487 Patent. Exhibits 2 through 7 contain comprehensive charts that compare the '487 Patent to the Infringing Products. Those charts demonstrate how the Infringing Products identified in Schedule A infringe the '487 Patent literally and/or under the doctrine of equivalents.

24. In violation of 35 U.S.C. § 271(a), Defendants have infringed (literally and/or under the doctrine of equivalents) and will continue to infringe one or more claims of the '487 Patent by selling, offering for sale, and/or importing into the United States the products identified in Schedule A.

25. In violation of 35 U.S.C. § 271(b), Defendants have indirectly infringed and continue to indirectly infringe the '487 Patent by actively inducing others to use the products identified in Schedule A in an infringing manner, knowing such use would constitute

infringement of the '487 Patent. Defendants' customers who use the products identified in Schedule A in accordance with Defendants' instructions infringe the '487 Patent, in violation of 35 U.S.C. § 271(a).

26.     Defendants have infringed the Patent through the aforesaid acts and will continue to do so unless enjoined by this Court. Defendants' infringing conduct has caused Plaintiff to suffer irreparable harm resulting from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing the patented inventions. Plaintiff is entitled to injunctive relief pursuant to 35 U.S.C. § 283.

27.     The Defendants' conduct is causing immediate and irreparable harm and injury to Sunwell, and to its goodwill and reputation, and will continue to both damage Sunwell and confuse the public unless enjoined by this Court. Sunwell has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Sunwell seeks judgement against Defendants as follows:

1. Entry of an Order that Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

    a. making, using, offering for sale, selling, and/or importing into the United States for subsequent sale or use any of the products identified in the attached Schedule A, or mere colorable variations thereof, not authorized by Sunwell;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the '487 Patent; and

8

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Entry of an Order that, upon Sunwell's request, those with notice of the injunction, including, without limitation, any online marketplace platforms such as eBay, AliExpress, Alibaba, Amazon, Walmart, Wish.com, Etsy, Temu, and DHgate (collectively, the "Third Party Providers") shall disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of goods using that infringe the '487 Patent;

3. An award of damages to Sunwell adequate to compensate them for Defendants' direct and/or indirect infringement of the '487 Patent, including under 35 U.S.C. §§ 284 and 289, and for any continuing or future infringement through the date such judgment is entered, including pre-judgment interest and post-judgment interest, costs, and expenses, as well as an accounting and award of damages against Defendants for all future infringing acts occurring after the date such judgment is entered;

4. Entry of judgment that Defendants' direct and/or indirect infringement of the '487 Patent has been willful and an award as provided by 35 U.S.C. § 284 for treble damages against Defendants for their willful direct and/or indirect infringement of the '487 Patent;

5. Entry of judgment as provided by 35 U.S.C. § 285 that this case is exceptional and an award granting Sunwell their reasonable attorneys' fees, expenses, and costs; and

6. Entry of judgment in favor of Sunwell granting any further or additional relief the Court deems just and proper.

Date: February 21, 2025

Respectfully submitted,

Yizhou Liu (93842)
bliu@calfee.com
Nicholas P. Zalany (80095)
nzalany@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Shenzhen Sunwell Industrial Co., Ltd.*

10

# EXHIBIT 1

# SCHEDULE A

| Def. No. | MERCHANT NAME | ASIN |
|----------|---------------|------|
| 1. | HILLGA | B0DLW239SJ |
| | | B0DQY1P1ZZ |
| | | B0DLWL6895 |
| | | B0CV56K69Z |
| | | B0DNYSPRD1 |
| | | B0CV54T78Y |
| | | B0DQGWSMCP |
| | | B0DQGZXZPC |
| | | B0D8G89K2X |
| | | B0D8GP725B |
| | | B0DLN342SW |
| | | B0DLNHWZ9C |
| | | B0DLNZT4Q8 |
| | | B0DLNF45QK |
| | | B0DLNLFRNJ |
| | | B0DLNJ8NYP |
| | | B0DLN6Q1NN |
| | | B0DRGF658Q |
| | | B0DRGJQBZS |
| | | B0DRGDPCJ4 |
| | | B0DRGFBCC2 |
| | | B0DRGG22VH |
| | | B0DRGCJYXM |
| | | B0DRGFMGPL |
| | | B0DRGDVDYM |
| | | B0DRGF9MG2 |
| | | B0DRGH43NY |
| | | B0DRGKD5S4 |
| | | B0DRGJ12PT |
| | | B0DRGH12SW |
| | | B0DRGFCRFG |
| | | B0DRGH6NFB |
| | | B0DRGF9CJX |
| | | B0DRGFWFBN |
| | | B0DRGFXHJF |
| | | B0DRGGPWC3 |
| | | B0DRGDK4XV |
| | | B0DRGGLQB9 |
| | | B0DRGDM62W |
| | | B0DRGHTH98 |
| | | B0DRGDGX4F |
| | | B0DRGHJVKC |

1

| | | |
|---|---|---|
| | | B0DRGGR55H |
| | | B0DRGH6H8N |
| | | B0DQDQPDS4 |
| | | B0DQDZ3DBM |
| 2. | ZZD | B0CWNW9YZ2 |
| | | B0DQSL8XNX |
| | | B0CWNSBX42 |
| | | B0DQSQD1NQ |
| | | B0CWNTQBGJ |
| | | B0DQSK5NVR |
| | | B0CWNTKVDM |
| | | B0DQSQGPGG |
| | | B0CWNV42WY |
| | | B0DQSK7MDB |
| | | B0CWNVR26Q |
| | | B0CWNVZWNK |
| | | B0CWNTM8SP |
| | | B0CWNWKSCH |
| | | B0CWNWVVMQ |
| | | B0CWNXJFMJ |
| | | B0DFLRYJ2S |
| | | B0DCN756JH |
| | | B0CWNTGGWW |
| | | B0DCNFV7TD |
| | | B0CWNVTQJM |
| | | B0DCNM461P |
| | | B0DS2C8JQR |
| | | B0DCNHDYDQ |
| | | B0CWNX6WPC |
| | | B0CWNSL6DH |
| | | B0CWNXM7R5 |
| | | B0CWNWL2SL |
| | | B0CWNT463R |
| | | B0CWNTM4YY |
| | | B0CWN42JT2 |
| | | B0CWNVR1FT |
| | | B0CWNTHBLZ |
| | | B0CWNTW4RM |
| | | B0CWRXXMK7 |
| | | B0CWRWZ18W |
| | | B0CWRVQJZV |
| | | B0CWRVS3KV |
| | | B0CWRW1T8Q |
| | | B0DL9VRJY5 |
| | | B0DL9Y2RY6 |
| | | B0DL9YS4NQ |

| | | B0DRBNCVDJ |
| | | B0DRBMVR49 |
| | | B0DRBM91HZ |
| | | B0DRBQ49CN |
| | | B0DRBMGC6Y |
| | | B0DRBMFDR4 |
| | | B0DL9XSLP2 |
| | | B0DL9XYRPW |
| | | B0DL9W4S1L |
| 3. | kuurfuurdo | B0D8Q8FLPL |
| | | B0D46LT5MB |
| 4. | ViccoMK | B0DP4SNYJ2 |
| | | B0DP4H9SW2 |
| 5. | Retail Hunters USA | B0DF396X8R |
| | | B0DF3MWMHX |
| | | B0C4K7PKN2 |
| | | B0C4K5SH1S |
| | | B0C7RL8N7T |
| 6. | SUNSITT Patio | B0DG28698K |
| | | B0DG2B9ZH4 |
| | | B0CZ6VZK5R |
| | | B0CZ6WZBZH |
| | | B0CZ6W5QFX |
| | | B0CZ6RJ1BH |
| | | B0CZ6S7YPJ |
| | | B0DHV69RH3 |
| | | B0CZ6VFTD9 |
| | | B0CZ6VJW79 |

4910-1760-7191, v.1

# EXHIBIT 2

# CLAIM CHART FOR Def. 1
## US D926,487

| Claim Figure | Accused Product |
|---|---|
| FIG. 1 | |



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7




FIG. 8



FIG. 9



# EXHIBIT 3

## CLAIM CHART FOR Def. 2
## US D926,487

| Claim Figure | Accused Product |
|---|---|
| FIG. 1 | |



FIG. 2



4911-0263-8614, v.1

FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7




FIG. 8








FIG. 9

# EXHIBIT 4

# CLAIM CHART FOR Def. 3
## US D926,487

| Claim Figure | Accused Product |
|---|---|
| FIG. 1  | |

4933-3538-4854, v.1

FIG. 2



FIG. 3





FIG. 4



FIG. 5



FIG. 6



FIG. 7




FIG. 8




FIG. 9





# EXHIBIT 5

# CLAIM CHART FOR Def. 4
## US D926,487

| Claim Figure | Accused Product |
|---|---|
| FIG. 1  | |

FIG. 2





FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7





FIG. 8





c

## FIG. 9




# EXHIBIT 6

## CLAIM CHART FOR Def. 5
## US D926,487

| Claim Figure | Accused Product |
|---|---|
| FIG. 1  | |



FIG. 2

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

 

FIG. 8




FIG. 9




# EXHIBIT 7

## CLAIM CHART FOR Def. 6
## US D926,487

| Claim Figure | Accused Product |
|---|---|
| FIG. 1 | |





FIG. 2

FIG. 3



FIG. 4



FIG. 5



FIG. 6




FIG. 7




FIG. 8





FIG. 9





# EXHIBIT 8



US00D926487S

(12) **United States Design Patent** (10) Patent No.: **US D926,487 S**

Li                                          (45) Date of Patent: **  Aug. 3, 2021

(54) **SWIVEL CHAIR**

(71) Applicant: **Shenzhen Sunwell Industrial Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Wei Li**, Shenzhen (CN)

(73) Assignee: **SHENZHEN SUNWELL INDUSTRIAL CO., LTD.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/703,667**

(22) Filed: **Aug. 29, 2019**

(51) **LOC (13) Cl.** ............................................. **06-01**

(52) **U.S. Cl.**
USPC ........................................... **D6/365**; D6/369

(58) **Field of Classification Search**
USPC ......... D6/334–336, 369, 370, 371, 372, 373, D6/374, 375, 716, 716.1, 716.2, 716.4, D6/717.2
CPC .. A47C 1/032; A47C 3/02; A47C 3/18; A47C 4/024; A47C 4/025; A47C 4/028; A47C 5/02; A47C 7/021; A47C 7/54; A47C 7/18; A47C 7/24
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,722,264 | A | * | 7/1929 | Bartow .................... A47C 5/02 |
| | | | | 160/379 |
| D265,953 | S | * | 8/1982 | Olko ........................... D6/369 |
| D267,991 | S | * | 2/1983 | Olko ........................... D6/369 |
| D463,147 | S | * | 9/2002 | Montalbano ............... D6/717.2 |

| | | | | |
|---|---|---|---|---|
| D499,896 | S | * | 12/2004 | Gruber ...................... D6/369 |
| D542,571 | S | * | 5/2007 | Bryant ...................... D6/717.2 |
| D588,370 | S | * | 3/2009 | Vallet ........................ D6/365 |
| D646,070 | S | * | 10/2011 | Hughes ..................... D6/369 |
| D661,507 | S | * | 6/2012 | Grotta ....................... D6/369 |
| D872,496 | S | * | 1/2020 | White, III ................. D6/369 |

OTHER PUBLICATIONS

Beacon Park Brown Wicker Outdoor Patio Swivel Lounge Chair with Toffee Trellis Tan Cushions, from homedepot.com, Retrieved Date: Jun. 3, 2021, p. 1, from https://www.homedepot.com/p/Hampton-Bay-Beacon-Park-Brown-Wicker-Outdoor-Patio-Swivel-Lounge-Chair-with-Toffee-Trellis-Tan-Cushions-FRS80812CRS/302217019—overlay (Year: 2021).*

* cited by examiner

*Primary Examiner* — Mimosa De

(57) **CLAIM**

The ornamental design for a swivel chair, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front and right side perspective view of a swivel chair showing my new design;
FIG. **2** is a top, front and left side perspective view thereof;
FIG. **3** is a top, rear and left side perspective view thereof;
FIG. **4** is a top, rear and right side perspective view thereof;
FIG. **5** is a bottom, rear and right side perspective view thereof;
FIG. **6** is a top plan view thereof;
FIG. **7** is a front side view thereof;
FIG. **8** is a left side view thereof; and,
FIG. **9** is a bottom plan view thereof.

**1 Claim, 9 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

**U.S. Patent**     Aug. 3, 2021     Sheet 4 of 9     **US D926,487 S**



FIG. 4

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 82 of 332 PageID #:82



FIG. 5

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 83 of 332 PageID #:83



FIG. 6



FIG. 7



FIG. 8

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 86 of 332 PageID #:86



FIG. 9

# EXHIBIT 9

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Sunwell Industrial Co., Ltd. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No.: |
| ) | |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule A ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF WEI LI

I, Wei Li, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein

or on the business records that were made at the time or in the regular course of business. If

called as a witness, I could and would testify to the statements made herein.

2.      I am CEO for Shenzhen Sunwell Industrial Co., Ltd ("Sunwell"). I am

knowledgeable of or have access to business records concerning all information referenced

herein, including, but not limited to Sunwell's products and patents. I make this declaration from

matters within my own knowledge save where otherwise stated.

3.      Sunwell is a leading manufacturer renowned for its high-quality outdoor furniture.

The company specializes in designing, producing, and selling a diverse selection of

contemporary and stylish garden and patio furniture, catering to both the United States market

and international markets. With a deep commitment to innovation and craftsmanship, Sunwell

has established a reputation for delivering durable, elegant, and comfortable outdoor furniture

that enhances any outdoor space. Sunwell's team of skilled artisans and designers work tirelessly

1

to create furniture that combines functionality with visual appeal, making outdoor living a luxurious experience.

4.      In this field, Sunwell owns many patents, including but not limited to U.S. Patent No. D926,487 ("the '487 Patent"). These patents reflect the company's focus on cutting-edge designs and unique features that add value and convenience for users. Sunwell's innovative solutions are crucial in differentiating the brand in a competitive market. With a commitment to customer satisfaction and a passion for outdoor living, Sunwell continues to redefine the standards of the outdoor furniture industry, making every outdoor space a stylish retreat.

5.      The popularity of Sunwell's product, the swivel chair, which is protected by the '487 Patent, has led to significant infringement issues due to the sale and offering for sale of swivel chairs that utilize this patent (the "Infringing Products"). In recent years, Sunwell has identified numerous e-commerce stores offering the Infringing Products on various online marketplace platforms, including Amazon. This includes stores operating under the seller aliases listed in Schedule A of the Complaint (the "Seller Aliases"), which are selling the Infringing Products either individually or as part of a set with other furniture items.

6.      I have assisted in investigating the online infringement of the '487 Patent and found many entities, including the Defendants using the Seller Aliases, to be selling the Infringing Products across many different e-commerce platforms. Upon review of each of the Seller Aliases' product listings contained in the attached **Exhibit 1**, I determined that the Infringing Products were being offered for sale to residents of the United States, including Illinois residents. True and correct copies of screenshot printouts showing the active product listings of the e-commerce stores operating under the Seller Aliases reviewed are attached as

2

**Exhibit 1**.[1] It is important to note that none of the Defendants are authorized distributors or retailers of Sunwell products.

7.      Although the Defendants operate under different Seller Aliases, many product listings and e-commerce stores display significant similarities. These include the high similarity of the appearance of the Infringing Products, the same manufacturing country for the infringing products, comparable pricing and quantities, and identical unique features of the infringing products. This suggests that the Seller Aliases may be managed by the same or interconnected parties.

8.      For example, all infringing products use **four** screws that are fixed in **very similar positions** on the side.

---

[1] The screenshot printouts in Exhibit 1 are annotated to highlight relevant, unauthorized uses of the '487 Patent. In order to conform with the Court's 35 MB file size limitation Exhibit 1 is broken up into several parts.





9. The similarities among the Defendants are also evident in the load support at the bottom of the chairs. As shown below, many defendants utilize the same method and material (i.e., rattan) for their weight support systems.

5



10.     The Defendants' unauthorized use of the '487 Patent in connection with the

manufacturing, offering for sale, or sale of the infringing products is causing confusion and will

continue to confuse customers, thereby tarnishing Sunwell's market. This harm is irreparable.

Monetary damages cannot adequately compensate Sunwell for the infringement, as they fail to

address the damage to Sunwell's lost market share. Additionally, there is a risk that by the time

Sunwell obtains a judgment against the defendants, they may have transferred their assets or

funds to overseas accounts, placing them beyond the reach of a judgment creditor.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _18th_day of February 2025 at ____ SHENZHEN CITY, CHINA_____.

_Wei Li_

Wei Li
CEO,
Shenzhen Sunwell Industrial Co., Ltd.

7

# Def. 1-HILLGA

4908-7215-7207, v.1

# HILLGA

Visit the HILLGA storefront

**83% positive** in the last 12 months (59 ratings)



**HILLGA Luxury High Back Outdo…**

$369⁰⁰

Add to Cart

🎗️ **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.
Read more

## About Seller

**Hillga - The First Class of Outdoors.**

We want to bring that first-class experience to your yard, patio or porch. So we started Hillga,
to design outdoor chairs that are ergonomically comfortable and built to last for seasons to
come.

**Have a question for HILLGA?**

Ask a question

## Reviews



4.1 out of 5

59 ratings

12 months

| | |
|---|---|
| 5 star | 63% |
| 4 star | 20% |
| 3 star | 0% |
| 2 star | 2% |
| 1 star | 15% |

⌄ Learn more about how seller reviews work on
Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

59 total ratings, 59 with feedback for 12 months

"Easy to assemble by one person. Adjust
fasteners loosely at first for fitment, then
tighten. Good quality, looks very nice & quite
comfortable, great value for… "
Read more

By Zerothreegolf on February 5, 2025.

"One of the pieces on the rocker was bent. Way
to big to send the entire chair back! Contacted
the seller to get arm of the chair replaced.
They said it was a di… "
Read more

By sandy on February 4, 2025.

"Normally, we'd provide a free replacement for
damaged parts, but by the time we received
your message, this item you ordered had
already been discontinued, and… "
Read more

By HILLGA on February 10, 2025.

"We love it! "

By The Old Song on February 2, 2025.

"Seller sent with missing parts. Both seat
panels were missing for the right and left side
of the sofa. I'll ammend this review once I
receive my missing parts. "

By Rise Up Counseling Services, LLC on January 26,
2025.

"We sincerely apologize for the inconvenience
caused. As soon as we received your message

caused. As soon as we received your message, we immediately arranged for the warehouse to resend the missing items... "

Read more

By HILLGA on January 27, 2025.

" did not receive correct order not the right set john Loecher 614-943-5151 "

By duce on January 26, 2025.

" We sincerely apologize for the inconvenience caused. We've already responded to your email. As soon as the missing or incorrect parts are confirmed, we'll have... "

Read more

By HILLGA on January 27, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** shenzhenshiqiukakejiyouxianzerengongsi
**Business Address:**
福田区莲花街道福中社区金田路4028号
荣超经贸中心A308-E098
深圳市
广东
518000
CN

## Shipping Policies                                                    ⌄

## Other Policies                                                       ⌄

## Help                                                                 ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

Page 1 of 6

    

wildformers 2 Luxury Outdoor Swivel Wicker Glider Patio Chairs with Table Set, Overstuffed Washable Cushions, Ide...
119
$299.99
Get it **Feb 18 - 21**
FREE Shipping

Belord Patio Wicker Chairs Swivel Rocker - Outdoor Swivel Rocking Chairs Set of 2 with...
Choice
$428.00
Get it **Feb 18 - 20**
FREE Shipping

ovios 5 Piece Outdoor Patio Furniture with 3 Seat Sofa,Rattan Wicker Coversation Set with Swivel Rocking...
32
$998.99
Get it **Feb 14 - 19**
FREE Shipping
🌿 1 sustainability certificatio
n

SHA CERLIN 3 Pieces Patio Furniture Set, Outdoor Swivel Glider Rocker, Wicker Patio Bistro Set with Rocking...
178
$319.99
Get it **Feb 18 - 21**
FREE Shipping

Belord
Chairs
Outdo
Chairs
Rattar

$428.
Get it F
FREE S

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English     United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Retale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – rig
your door    B0DLW239SJ

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy       ata Privacy Disclosure   Your Ads Privacy Choices
n, Inc. or its affiliates

ASIN

B0DLW239SJ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 101 of 332 PageID #:101

2/14/25, 4:04 PM                    Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocking Chair, Wicker Patio Rocker with 6-Inch Thick Cushions, Ideal for …

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders     **0**

All    **Rufus**    Same Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in



**Ask Rufus**

Does its cushion hold shape well over time?

How easy is it to assemble?

Would its cushion fit standard outdoor furniture?

## Luxury High Back Outdoor Swivel Rocking Chair, Wicker Patio Rocker with 6-Inch Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard in Blue

Visit the HILLGA Store

### $369⁰⁰

Or **$26.83** /mo (18 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $269.00 upon approval for Prime Visa.

Color: **Blue Cushion / Brown Wicker**

  
 

$369.00        $369.00        $369.00

### Product details

| Top highlights | Item details | Style |

| Materials & Care | Measurements |

| Features & Specs |

| **Brand** | HILLGA |
| **Color** | Blue Cushion / Brown Wicker |
| **Product Dimensions** | 23.6"D x 30.3"W x 38.6"H |
| **Size** | 1PC - Swivel Glider |
| **Back Style** | High Back |

🧵 **Material** Rattan          ⚖ **Item Weight** 98.33 Pounds

🪟 **Frame Material** Alloy Steel, PE Wicker     🪑 **Seat Material Type** Foam

### About this item

- [LUXURY & COMFORT CUSHION] - Normal was never good enough. The 6-inch cushions of the patio rocker swivel chair features the high-density 28D foam, striking the ideal balance of softness and support, with a quick-rebound feature that maintains lasting shape and comfort. Inside the cover, a soft cotton layer wrap is added to offer extra cushioning and protection while the backrest is enhanced with 3D space cotton for excellent pressure relief.

### $369⁰⁰

FREE delivery **February 26 - 27**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DQY1P1ZZ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 103 of 332 PageID #:103

2/11/25, 9:40 AM    Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocking Chair, Wicker Patio Rocker with 6-Inch Thick Cushions, Ideal for …

Deliver to Calfee
Chicago 60604    All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders    **1**    Sub
$36

Go t

Sponsored

$36

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in



## Luxury High Back Outdoor Swivel Rocking Chair, Wicker Patio Rocker with 6-Inch Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard in Beige

Visit the HILLGA Store

### $369⁰⁰

Or **$26.83** mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $269.00 $369.00** upon approval for Prime Visa.

Color: **Beige Cushion / Brown…**

  

$369.00   $369.00   $369.00

| | |
|---|---|
| **Color** | Beige Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 1PC - Swivel Glider |
| **Item dimensions L x W x H** | 32 x 33.5 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight** 98.33 Pounds    **Style** Modern, Elegant

**Assembly Required** Yes   **Shape** Square

### About this item

- [LUXURY & COMFORT CUSHION] - Normal was never good enough. The 6-inch cushions of the patio rocker swivel chair features the high-density 28D foam, striking the ideal balance of softness and support, with a quick-rebound feature that maintains lasting shape and comfort. Inside the cover, a soft cotton layer wrap is added to offer extra cushioning and protection while the backrest is enhanced with 3D space cotton for excellent pressure relief. Sink into and enjoy cloud-like comfort,

### $369⁰⁰

FREE delivery **Thursday, February 20. Details**

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

| Add to Cart |
|---|
| Buy Now |

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

∨ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting

Sponsored

# ASIN
# B0DLWL6895

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 105 of 332 PageID #:105

2/11/25, 9:43 AM          Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocking Chair, Wicker Patio Rocker with 6-Inch Thick Cushions, Ideal for …

Deliver to Calfee
Chicago 60604    All ▾   Search Amazon

EN ▾  Account & Lists ▾   & Orders    **1**

All   **Rufus**

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

# Luxury High Back Outdoor Swivel Rocking Chair, Wicker Patio Rocker with 6-Inch Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard in Cream White

Visit the HILLGA Store

## $369⁰⁰

Or **$26.83** mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $269.00 $369.00 upon approval for Prime Visa.**

Color: **Cream White Cushion / …**

  

| $369.00 | $369.00 | $369.00 |

| **Brand** | HILLGA |
| **Color** | Cream White Cushion / Brown Wicker |
| **Product Dimensions** | 23.6"D x 30.3"W x 38.6"H |
| **Size** | 1PC - Swivel Glider |
| **Back Style** | Continuous Back |

 **Material** Rattan       **Item Weight** 98.33 Pounds

 **Frame Material** Alloy Steel, PE Wicker      **Seat Material Type** Foam

## About this item

- [LUXURY & COMFORT CUSHION] - Normal was never good enough. The 6-inch cushions of the patio rocker swivel chair features the high-density 28D foam, striking the ideal balance of softness and support, with a quick-rebound feature that maintains lasting shape and comfort. Inside the cover, a soft cotton layer wrap is added to offer extra cushioning and protection while the backrest is enhanced with 3D space cotton for excellent pressure relief. Sink into and enjoy cloud-like comfort, intuitive support, and exceptional softness.

## $369⁰⁰

FREE delivery **February 20 - 21.** Details

Deliver to Calfee - Chicago 60604

**Only 19 left in stock - order soon.**

Quantity: 1

| Add to Cart |
| Buy Now |

| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |

| Add to Baby Registry |

Add to Registry & Gifting

Sponsored

ASIN

B0CV56K69Z

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 107 of 332 PageID #:107

2/11/25, 9:46 AM          Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, I...

Deliver to Calfee
Chicago 60604          All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders   **0**

All   **Rufus**   Same-Day Delivery   Medical care   Prime Video   Bestsellers   Prime Shopping Tips   Buy Again   Today's Deals   Amazon Basics

amazon fresh   **Buy 1 get 1 free Valentine's Day candy**   Shop Fresh ›

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

**4 VIDEOS**

## Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, Ideal for Porch, Poolside, Deck, and Yard in Blue

Visit the HILLGA Store
4.5          145 ratings
**50+ bought** in past month

### $629⁰⁰

Or **$37.14** /mo (24 mo). Select from 1 plan

Apply now and get a $10 Amazon Gift Card upon approval of the Prime Store Card, or see if you pre-qualify with no impact to your credit bureau score.

**Delivery & Support**

Select to learn more

      

Ships from          30-day easy          Customer
HILLGA               returns              Support

Color: **Blue Cushion / Brown Wicker**

      
$629.00      $649.00      $629.00

   
$669.00      $669.00

| | |
|---|---|
| **Color** | Blue Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 3PCS - Swivel Gliders & Side Table |
| **Item Depth** | 24 inches, 60.96 centimetres |
| **Item dimensions L x W x H** | 32 x 33.5 x 38.6 inches |

 **Item Weight**
98.33 Pounds

 **Style**
Modern, Elegant

 **Assembly Required**
Yes

 **Shape**
K-Shape

### About this item

- Sturdy Swivel Patio Chairs: Made with a rust-resistant coated metal frame, these chairs feature a 360° swivel function and smooth glide movement, with a weight capacity of 400 lbs.
- Premium Cushions: Boasting 6-inch thick, high-density foam cushions wrapped in soft fibers,

### $629⁰⁰

FREE delivery **February 20 - 21**.
Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

| Add to Cart |
|---|

| Buy Now |
|---|

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting

### Other sellers on Amazon

New (2) from $629⁰⁰  & **FREE Shipping**

# ASIN
# B0DNYSPRD1

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 109 of 332 PageID #:109

2/11/25, 9:47 AM        Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, I...

Deliver to Calfee
Chicago 60604          All ▾   Search Amazon

EN ▾    Account & Lists ▾    & Orders          0

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Prime Video    Best Sellers    Keep Shopping For    Buy Again    Today's Deals    Amazon Basics

  **Buy 1 get 1 free Valentine's Day candy**    Shop Fresh ›

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

## Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, Ideal for Porch, Poolside, Deck, and Yard in Beige

Visit the HILLGA Store
4.5                         145 ratings

**$649**00

Or **$38.32** /mo (24 mo) Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $549.00** ~~$649.00~~ **upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

        

Ships from    30-day easy    Customer
HILLGA        returns        Support

Color: **Beige Cushion / Brown Wicker**

        
$649.00         $629.00         $629.00

    
$669.00         $669.00

| | |
|---|---|
| **Color** | Beige Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 3PCS - Swivel Gliders & Side Table |
| **Item Depth** | 24 inches, 60.96 centimetres |
| **Item dimensions L x W x H** | 32 x 33.5 x 38.6 inches |

 **Item Weight** 98.33 Pounds     **Style** Modern, Elegant

**Assembly Required** Yes     **Shape** K-Shape

### About this item

- Durable Construction: This patio set features a sturdy alloy steel frame with a rust-resistant powder coating, and hand-woven all-weather PE wicker that can withstand rain, tears, and fading. The cushions are made of 100% olefin outdoor water-resistant fabric with high-resilience 28D foam for lasting comfort and support.

**$649**00

FREE delivery **Thursday, February 20**. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

⌄ See more

### Add a Protection Plan:

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

ASIN
B0CV54T78Y

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 111 of 332 PageID #:111

2/13/25, 2:51 PM      Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, I...

Deliver to Calfee
Chicago 60604   All ▾   Search Amazon

EN ▾     Account & Lists ▾    Returns & Orders    0

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Amazon Shopping List   Buy Again   Today's Deals   Amazon Basics

**Qualifying EBT and government assistance** Shop now ›
recipients can get Prime for $5.99 per month    prime

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

View in Your Room

2 VIDEOS

# Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, Ideal for Porch, Poolside, Deck, and Yard in Cream White

Visit the HILLGA Store
4.5       145 ratings

## $629⁰⁰

Or **$37.14** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $529.00 upon approval for Prime Visa.

### Delivery & Support

Select to learn more

      

Ships from   30-day easy   Customer
HILLGA    returns     Support

Color: **Cream White Cushion / Brown...**

      
$629.00    $649.00    $629.00

   
$669.00    $669.00

| Color | Cream White Cushion / Brown Wicker |
|---|---|
| **Brand** | HILLGA |
| **Size** | 3PCS - Swivel Gliders & Side Table |
| **Item Depth** | 24 inches, 60.96 centimetres |
| **Item dimensions L x W x H** | 32 x 33.5 x 38.6 inches |

 **Item Weight**
98.33 Pounds

**Style**
Modern, American Style

 **Assembly Required**
Yes

 **Shape**
K-Shape

### About this item

- Modern American Style: This 3-piece patio set showcases a contemporary American style with its sleek, clean lines and a combination of weather-resistant PE wicker and metal frames.

### $629⁰⁰

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | HILLGA |
|---|---|
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

# ASIN

# B0DQGWSMCP

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 114 of 332 PageID #:114

2/13/25, 3:44 PM　　Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, I…

Deliver to Calfee
Chicago 60604 ｜ All ▾ ｜ Search Amazon

EN ▾　Account & Lists ▾　& Orders　**0**

All　**Rufus**　Same Day Delivery　Medical Care ▾　Prime Video　Best Sellers　Keep Shopping For　Buy Again　Today's Deals　Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

# Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, Ideal for Porch, Poolside, Deck, and Yard in Dark Gray

Visit the HILLGA Store

4.5　　　　　145 ratings

## $669⁰⁰

Or **$39.51** /mo (24 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $569.00 $669.00 upon approval for Prime Visa.**

## Delivery & Support

Select to learn more

　　

Ships from　30-day easy　Customer
HILLGA　　returns　　　Support

## Color: **Dark Gray Cushion / Brown Wicker**

　　
$669.00　　$649.00　　$629.00

　
$629.00　　$669.00

| Color | Dark Gray Cushion / Brown Wicker |
|---|---|
| **Brand** | HILLGA |
| **Size** | 3PCS - Swivel Gliders & Side Table |
| **Item Depth** | 24 inches, 60.96 centimetres |
| **Item dimensions L x W x H** | 32 x 33.5 x 38.6 inches |

 **Item Weight**
98.33 Pounds

 **Assembly Required**
Yes

 **Style**
Modern, Elegant

 **Shape**
K-Shape

## About this item

- [LUXURY & COMFORT CUSHION] - Normal was never good enough. The 6-inch cushions of the patio rocker swivel chairs feature the high-density 28D foam, striking the ideal balance of softness and support, with a quick-rebound feature that maintains lasting shape and

## $669⁰⁰

FREE delivery **February 24 - 26.** Details

Deliver to Calfee - Chicago 60604

## In Stock

Quantity: 1

Add to Cart

Buy Now

| Ships from | HILLGA |
|---|---|
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DQGZXZPC

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 116 of 332 PageID #:116

2/13/25, 3:48 PM      Amazon.com: HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, I...

Deliver to Calfee
Chicago 60604   All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders   **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Keep Shopping for   Buy Again   Today's Deals   Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

# Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, Ideal for Porch, Poolside, Deck, and Yard in Light Gray

Visit the HILLGA Store

4.5      145 ratings

$669⁰⁰

Or **$39.51** /mo (24 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $569.00 $669.00 upon approval for Prime Visa.**

## Delivery & Support

Select to learn more

      

Ships from    30-day easy    Customer
HILLGA      returns       Support

## Color: **Light Gray Cushion / Brown Wicker**

      

$669.00    $649.00    $629.00

   

$629.00    $669.00

| | |
|---|---|
| **Color** | Light Gray Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 3PCS - Swivel Gliders & Side Table |
| **Item Depth** | 24 inches, 60.96 centimetres |
| **Item dimensions L x W x H** | 32 x 33.5 x 38.6 inches |

 **Item Weight**    **Style**
98.33 Pounds      Modern, Elegant

**Assembly Required**    **Shape**
Yes             K-Shape

## About this item

- [LUXURY & COMFORT CUSHION] - Normal was never good enough. The 6-inch cushions of the patio rocker swivel chairs feature the high-density 28D foam, striking the ideal balance of softness and support, with a quick-rebound feature that maintains lasting shape and

$669⁰⁰

FREE delivery February 24 - 26.
Details

Deliver to Calfee - Chicago 60604

**Only 19 left in stock - order soon.**

Quantity: 1

| Add to Cart |
|---|

| Buy Now |
|---|

| Ships from | HILLGA |
|---|---|
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Customer service | HILLGA |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting

Sponsored

# ASIN
# B0D8G89K2X

Deliver to Calfee
Chicago 60604    All ▾   Search Amazon

EN    Hello, select    Returns    0
Account & Lists ▾    & Orders

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Prime Video    Best Sellers    Keep Shopping For    Buy Again    Today's Deals    Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

## Luxury High Back, Extra Thick Cushion 5-Piece Patio Conversation Set with Swivel Rocking Chairs & Ottomans, Outdoor Furniture for Porch, Deck, Garden in Blue

Visit the HILLGA Store
4.4          36 ratings

### $949⁰⁰

Or **$56.04** /mo (24 mo). Select from 1 plan

Get $100 off instantly: Pay $849.00 upon approval for Prime Visa.

### Delivery & Support

Select to learn more

  

Ships from        30-day easy        Customer
HILLGA            returns            Support

**Color: Blue Cushion / Brown Wicker**

  
$949.00          $949.00            $849.00

| | |
|---|---|
| **Color** | Blue Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 5PCS - Swivel Gliders & Ottomans |
| **Item Depth** | 110 inches |
| **Item dimensions L x W x H** | 110 x 80 x 38.6 inches |

 **Item Weight**       **Style**
127 Pounds                              Modern, Elegant

 **Assembly Required**   **Shape**
Yes                                     Square

### About this item

- Stylish 5-Piece Patio Set: This set includes 2 swivel rocking chairs, 2 ottomans, and a glass coffee table, creating a comfortable and elegant outdoor seating area.
- Durable and Weather-Resistant: Crafted with a rust-resistant metal frame, hand-woven all-weather PE wicker, and outdoor solution-dyed fabrics, this set is built to withstand the elements.
- Ergonomic Design for Comfort: The chairs feature 6-inch high-density cushions with zoned

### $949⁰⁰

FREE delivery **February 24 - 26**.
Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

[  Add to Cart  ]

[  Buy Now  ]

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

[  Add to List  ]

[  Add to Baby Registry  ]

[  Add to Registry & Gifting  ]

Sponsored

ASIN

B0D8GP725B

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 120 of 332 PageID #:120

2/13/25, 3:52 PM          Amazon.com: HILLGA Luxury High Back, Extra Thick Cushion 5-Piece Patio Conversation Set with Swivel Rocking Chairs & Ottom...

Deliver to Calfee
Chicago 60604    All ▾    Search Amazon

EN ▾   Account & Lists ▾   & Orders    **0**

All   **Rufus**   ~~Same-Day Grocery~~   ~~Medical Care ▾~~   ~~Prime Video~~   ~~Best Sellers~~   ~~Keep Shopping For~~   ~~Buy Again~~   ~~Today's Deals~~   ~~Amazon Basics~~

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

VIDEO

## Luxury High Back, Extra Thick Cushion 5-Piece Patio Conversation Set with Swivel Rocking Chairs & Ottomans, Outdoor Furniture for Porch, Deck, Garden in Cream White

Visit the HILLGA Store
4.4          36 ratings

### $849⁰⁰

Or **$50.13** /mo (24 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $749.00 ~~$849.00~~ upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

      

Ships from        30-day easy        Customer
HILLGA            returns            Support

Color: **Cream White Cushion / Brown...**

      
$849.00          $949.00          $949.00

| | |
|---|---|
| **Color** | Cream White Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 5PCS - Swivel Gliders & Ottomans |
| **Item Depth** | 33.5 inches |
| **Item dimensions L x W x H** | 30.3 x 33.5 x 38.6 inches |

 **Item Weight**
127 Pounds

**Style**
Modern, Elegant

**Assembly Required**
Yes

**Shape**
Square

### About this item

- [LUXURY & COMFORT CUSHION] - Normal was never good enough. The 6-inch cushions of the patio rocker swivel chairs feature the high-density 28D foam, striking the ideal balance of softness and support, with a quick-rebound feature that maintains lasting shape and comfort. Inside the cover, a soft cotton layer wrap is added to offer extra cushioning and protection while the backrest is enhanced with 3D space cotton for excellent pressure relief.

### $849⁰⁰

FREE delivery February 24 - 26. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

# ASIN
# B0DLN342SW

1

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 122 of 332 PageID #:122

2/13/25, 3:55 PM          Amazon.com: HILLGA Luxury Outdoor 5-Pieces High Back Patio Furniture Set with 6" Thick Cushions, 3-Seater Sofa with Swivel R…

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon

EN     Account & Lists ▾   & Orders     **0**

All     **Rufus**

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

## Luxury Outdoor 5-Pieces High Back Patio Furniture Set with 6" Thick Cushions, 3-Seater Sofa with Swivel Rocker Chairs and Ottomans, Ideal for Porch, Poolside, Deck, and Yard (Blue)

Visit the HILLGA Store
4.5          14 ratings

### $1,499⁰⁰

Or **$68.66** /mo (36 mo). Select from 1 plan

Did you know? There's no annual fee for Prime Visa. **Get a $100 Amazon Gift Card instantly upon approval.** Learn more

**Delivery & Support**
Select to learn more

    

Ships from     30-day easy     Customer
HILLGA          returns          Support

Color: **Blue Cushion / Brown Wicker**

| | |
|---|---|
| **Color** | Blue Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 5PCS - 3 Seater Sofa Set |
| **Item dimensions L x W x H** | 75.7 x 33.5 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight**
210 Pounds

🏛 **Style**
Modern, Elegant

 **Assembly Required**
Yes

△ **Shape**
Square

### About this item

- Plush and Supportive: Featuring 6-inch high-density foam cushions wrapped in soft cotton, this patio set offers cloud-like comfort with exceptional softness and lasting support.
- Versatile Motion: Enjoy a seamless 360° swivel and smooth gliding motion, allowing you to effortlessly change positions and take in panoramic views from any angle.
- Ergonomic Design: The high back, curved backrest, and spacious seating provide optimal support and comfort, accommodating individuals up to 5'3" tall with ease.

### $1,499⁰⁰

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

▾ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DLNHWZ9C

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 124 of 332 PageID #:124

2/13/25, 3:59 PM          Amazon.com: HILLGA Luxury Outdoor Loveseat with Swivel Rocker Chairs and Ottomans, 5-Pieces High Back Patio Furniture Set ...

Deliver to Calfee
Chicago 60604          All ▾  Search Amazon

EN ▾   Account & Lists ▾   & Orders          **0**

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Prime Video    Best Sellers    Fresh Shopping ???    Buy Again    Today's Deals    Amazon Basics

Sponsored

## Consider these available items



HILLGA Luxury Outdoor 5-
Pieces High Back Patio
Furniture Set with 6" Thi...
4.5          14
$1,499⁰⁰



HILLGA Luxury High Back
Outdoor Swivel Rocker Patio
Chairs Set of 2, wit...
4.5          145
$629⁰⁰



HILLGA Luxury High Back
Outdoor Swivel Rocker Patio
Chairs Set of 2, wit...
4.5          145
$649⁰⁰

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in



# Luxury Outdoor Loveseat with Swivel Rocker Chairs and Ottomans, 5-Pieces High Back Patio Furniture Set with 6" Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard (Blue)

Visit the HILLGA Store
4.4          3 ratings

### Delivery & Support

Select to learn more

Customer
Support

### Currently unavailable.
We don't know when or if this item will be back in stock.

Sponsored

| Brand | HILLGA |
| --- | --- |
| Assembly Required | Yes |
| Item Weight | 185.5 Pounds |
| Type | Loveseat |
| Color | Blue Cushion / Brown Wicker |

⌄ See more

**Seating Capacity**
4

**Style**
Modern, Elegant

**Shape**
Square

**Frame Material**
Alloy Steel, PE Wicker

### About this item

- Luxurious Comfort: This patio set features 6-inch thick cushions with high-density foam and cotton wrapping for exceptional comfort, softness, and support, ensuring a cloud-like seating experience.

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to Calfee - Chicago 60604

Add to List

Add to Baby Registry

Add to Registry & Gifting

ASIN

B0DLNZT4Q8

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 126 of 332 PageID #:126

2/13/25, 4:00 PM          Amazon.com: HILLGA Luxury Outdoor Loveseat with Swivel Rocker Chairs and Ottomans, 5-Pieces High Back Patio Furniture Set ...

Deliver to Calfee
Chicago 60604    All ▾  **Search Amazon**

EN ▾   Account & Lists ▾   & Orders    **0**

All    **Rufus**    Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Coupon/Shipping Box   Buy Again   Today's Deals   Amazon Basics

Sponsored

## Consider these available items



HILLGA Luxury Outdoor 5-
Pieces High Back Patio
Furniture Set with 6" Thi...
4.5            14
$1,499⁰⁰



HILLGA Luxury High Back
Outdoor Swivel Rocker Patio
Chairs Set of 2, wit...
4.5           145
$629⁰⁰



HILLGA Luxury High Back
Outdoor Swivel Rocker Patio
Chairs Set of 2, wit...
4.5           145
$629⁰⁰

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

## Luxury Outdoor Loveseat with Swivel Rocker Chairs and Ottomans, 5-Pieces High Back Patio Furniture Set with 6" Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard (Cream White)

Visit the HILLGA Store
4.4              3 ratings

### Delivery & Support

Select to learn more



Customer
Support

#### Currently unavailable.
We don't know when or if this item will be back in stock.

| Brand | HILLGA |
| --- | --- |
| **Assembly Required** | Yes |
| **Item Weight** | 185.5 Pounds |
| **Color** | Cream White Cushion / Brown Wicker |
| **Size** | 5PCS - Loveseat Set |
| **Product Care Instructions** | Wipe with Damp Cloth |
| **Included Components** | Ottoman Body, Accessory Pack, Assembly Instruction, Chair Body, Sofa Body |

 **Style**
Modern, Elegant

 **Shape**
Square

**Frame Material**
Alloy Steel, PE Wicker

 **Material**
Alloy Steel, Resin

### About this item

- [LUXURY COMFORT THICK CUSHIONS] - Normal was never good enough. The 6-inch cushions of the patio furniture feature upgraded high-

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to Calfee - Chicago 60604

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DLNF45QK

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 128 of 332 PageID #:128

2/13/25, 4:01 PM          Amazon.com: HILLGA Luxury Outdoor 6-Piece High Back Patio Furniture Set, with 3-Seater Sofa, 2 Swivel Rockers, 2 Ottomans, 1…

Deliver to Calfee
Chicago 60604     All ▾    Search Amazon                                    EN ▾    Account & Lists ▾    & Orders    0

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Prime Video    Best Sellers    Amazon Shopping List    Buy Again    Today's Deals    Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

## Luxury Outdoor 6-Piece High Back Patio Furniture Set, with 3-Seater Sofa, 2 Swivel Rockers, 2 Ottomans, 1 Coffee Table, 6" Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard (Blue)

Visit the HILLGA Store
5.0                          1 rating

### $1,699⁰⁰

Or **$67.24** /mo (48 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $1,599.00 upon approval for Prime Visa. No annual fee.

**Delivery & Support**

Select to learn more

    

Ships from          30-day easy          Customer
HILLGA              returns              Support

Color: **Blue Cushion / Brown Wicker**

| | |
|---|---|
| **Color** | Blue Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 6PCS - 3 Seater Sofa Set |
| **Item dimensions L x W x H** | 75.7 x 33.5 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight** 246 Pounds         **Style** Modern, Elegant

**Assembly Required** Yes         **Shape** Square

**About this item**

- High-Quality Materials: This patio furniture set is crafted with a sturdy alloy steel frame and weather-resistant PE wicker, ensuring durability and longevity outdoors. The cushions feature thick, high-density 28D foam for exceptional comfort and support.
- Swivel and Glide Function: The chairs swivel 360 degrees and glide back and forth, allowing you to easily adjust your position and enjoy the surroundings from different angles.

### $1,699⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 2 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

ASIN

B0DLNLFRNJ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 131 of 332 PageID #:131

2/13/25, 4:04 PM    Amazon.com: HILLGA Luxury Outdoor 7-Piece High Back Patio Furniture Set, with 3-Seater Sofa, Loveseat, 2 Swivel Rockers, 2 O...

Deliver to Calfee
Chicago 60604    All ▾  Search Amazon

EN ▾    Account & Lists ▾    Returns & Orders    0

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Prime Video    Best Sellers    Fresh Shopping P3    Buy Again    Today's Deals    Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

# Luxury Outdoor 7-Piece High Back Patio Furniture Set, with 3-Seater Sofa, Loveseat, 2 Swivel Rockers, 2 Ottomans, 1 Coffee Table, 6'' Thick Cushions, Ideal for Porch, Deck, and Yard (Blue)

Visit the HILLGA Store

### $2,275⁰⁰

Or **$90.04** /mo (48 mo). Select from 1 plan

**Pay $189.58/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

    

Ships from    30-day easy    Customer
HILLGA        returns        Support

Color: **Blue Cushion / Brown Wicker**

| | |
|---|---|
| **Color** | Blue Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 7PCS - 3 Seater Sofa Set |
| **Item dimensions L x W x H** | 75.7 x 33.5 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight** 304 Pounds      **Style** Modern, Elegant

**Assembly Required** Yes     **Shape** Square

### About this item

- Premium Construction: Crafted with a sturdy alloy steel frame and weather-resistant PE wicker rattan, this patio furniture set is designed for long-lasting durability and easy maintenance.
- Luxurious Comfort: The set features plush 6-inch cushions with high-density foam and cotton layering, providing exceptional softness and support for ultimate relaxation.
- Versatile Design: The swivel and glide functions of the chairs allow you to effortlessly adjust your seating position, while the ottomans offer flexible use as footrests, extra seating, or coffee tables.

### $2,275⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 2 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

ASIN

B0DLNJ8NYP

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 133 of 332 PageID #:133

2/13/25, 4:09 PM       Amazon.com: HILLGA Luxury Outdoor 6-Piece High Back Patio Furniture Set, with Corner Sofa, 2 Swivel Rockers, 2 Ottomans, 1 …

Deliver to Calfee
Chicago 60604      All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders      0

Ad    **Rufus**

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

## Luxury Outdoor 6-Piece High Back Patio Furniture Set, with Corner Sofa, 2 Swivel Rockers, 2 Ottomans, 1 Coffee Table, 6" Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard (Blue)

Visit the HILLGA Store

### $2,575⁰⁰

Or **$101.91** /mo (48 mo). Select from 1 plan

**Pay $214.58/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

      

Ships from     30-day easy     Customer
HILLGA         returns          Support

Color: **Blue Cushion / Brown Wicker**

| | |
|---|---|
| **Color** | Blue Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 6PCS - Corner Sofa Set |
| **Item dimensions L x W x H** | 100.4 x 76.8 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight**
350 Pounds

**Style**
Modern, Elegant

 **Assembly Required**
Yes

**Shape**
Square

### About this item

- [LUXURY COMFORT THICK CUSHIONS] - Normal was never good enough. The 6-inch cushions of the patio furniture feature upgraded high-density 28D foam, striking the perfect balance of softness and support, with a quick-rebound feature that maintains lasting shape and comfort. Inside the cover, a soft cotton layer wrap is added to offer extra cushioning and protection while the backrest is enhanced with 3D space cotton for excellent pressure relief. Sink into and enjoy cloud-like comfort, intuitive support, and exceptional softness.

- [SMOOTH 360°SWIVEL & GLIDE] - With a smooth 360° swivel of this swivel patio chairs

### $2,575⁰⁰

FREE delivery **Monday, February 24.** Details

Deliver to Calfee - Chicago 60604

**Only 2 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

# ASIN
# B0DLN6Q1NN

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 135 of 332 PageID #:135

2/13/25, 4:10 PM          Amazon.com: HILLGA Luxury Outdoor 8-Piece High Back Patio Furniture Set, with 3-Seater Sofa, 4 Swivel Rockers, 2 Ottomans, 1...

Deliver to Calfee
Chicago 60604       All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders       **0**

All   **Rufus**   Same Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Fresh Shopping Kit   Buy Again   Today's Deals   Amazon Basics

Sponsored

## Consider these alternative items


HILLGA Luxury Outdoor 5-Pieces High Back Patio Furniture Set with 6" Thi...
4.5          14
$1,499⁰⁰


HILLGA Luxury Outdoor 6-Piece High Back Patio Furniture Set, with 3-Se...
5.0          1
$1,699⁰⁰


HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, wit...
4.5          145
$629⁰⁰

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

# Luxury Outdoor 8-Piece High Back Patio Furniture Set, with 3-Seater Sofa, 4 Swivel Rockers, 2 Ottomans, 1 Coffee Table, 6" Thick Cushions, Ideal for Porch, Deck, and Yard (Blue)

Visit the HILLGA Store

## $2,509⁰⁰

Or **$99.30** /mo (48 mo). Select from 1 plan

**Pay $209.08/month for 12 months, interest-free upon approval for Prime Visa**

**Delivery & Support**
Select to learn more

                    

Ships from        30-day easy        Customer
HILLGA             returns            Support

### Color: **Blue Cushion / Brown Wicker**

| | |
|---|---|
| **Color** | Blue Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 8PCS - 3 Seater Sofa Set |
| **Item dimensions L x W x H** | 75.7 x 33.5 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight**
348 Pounds

**Style**
Modern, Elegant

 **Assembly Required**
Yes

**Shape**
Square

### About this item

- Durable Construction: This outdoor furniture set features a sturdy alloy steel frame and weather-resistant PE wicker, ensuring long-lasting durability and resistance against rust, scratches,

## $2,509⁰⁰

FREE delivery February 24 - 26.
Details

Deliver to Calfee - Chicago 60604

**Only 2 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
∨ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

ASIN
B0DRGF658Q

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 137 of 332 PageID #:137

2/13/25, 4:12 PM                 Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Con…

Deliver to Calfee
Chicago 60604        All ▾    Search Amazon

EN ▾   Account & Lists ▾   Returns & Orders      **0**

All    **Rufus**    Same Day Delivery    Medical Care ▾    Prime Video    Best Sellers    Keep Shopping For    New Arrivals    Today's Deals    Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Conversation Set for Yard in Beige(Version 2.0)

Visit the HILLGA Store

5.0            3 ratings

### $599⁹⁹

Or **$35.43** /mo (24 mo). Select from 1 plan

**Coupon:** ▾      Apply 5% coupon Shop items ›

| Terms

**Thank you for being a Prime member. Get $100 off: Pay $499.99 $599.99 upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

      

Ships from        30-day easy        Customer
HILLGA            returns            Support

### Size: **2 PCS - Swivel Gliders**

| 2 PCS - Swivel... | 3 PCS - Swivel... | 5 PCS - Swivel... |
|---|---|---|
| $599.99 | $679.00 | $969.00 |

| 6 PCS - Swivel... | 2 PCS - Sectional... | 4 PCS - Sectional... |
|---|---|---|
| $1,469.00 | See available options | See available options |

| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 11 PCS - Swivel... | 11 PCS - Swivel... |
|---|---|
| See available options | See available options |

Color: **Beige**

### $599⁹⁹

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    HILLGA
Sold by       HILLGA
Returns       30-day refund/replacement
Payment       Secure transaction
▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DRGJQBZS

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 139 of 332 PageID #:139

2/13/25, 4:14 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Con…

Deliver to Calfee
Chicago 60604    All ▾   Search Amazon

EN ▾    Account & Lists ▾   & Orders    0

All    **Rufus**    Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Keep Shopping for   Buy Again   Today's Deals   Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store

5.0          3 ratings

### $599⁹⁹

Or **$35.43** /mo (24 mo). Select from 1 plan

**Coupon:**    Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $499.99 $599.99 upon approval for Prime Visa**

### Delivery & Support

Select to learn more

      

Ships from   30-day easy   Customer
HILLGA        returns        Support

### Size: **2 PCS - Swivel Gliders**

| 2 PCS - Swivel... | 2 PCS - Sectional... | 3 PCS - Swivel... |
|---|---|---|
| $599.99 | $2,275.00 | $699.00 |
| 4 PCS - Sectional... | 5 PCS - Swivel... | 6 PCS - Swivel... |
| $1,709.00 | $969.00 | $1,469.00 |
| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
| $1,329.00 | $1,499.00 | $2,419.00 |
| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
| $1,699.00 | $1,899.00 | $1,899.00 |
| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
| $2,265.00 | $2,795.00 | $3,055.00 |
| 11 PCS - Swivel... | 11 PCS - Swivel... | |
| $3,475.00 | $3,999.00 | |

### Color: **Blue**

  

### $599⁹⁹

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN
B0DRGDPCJ4

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 141 of 332 PageID #:141

2/13/25, 4:15 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Con...

Deliver to Calfee
Chicago 60604        All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders        0

All    **Rufus**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)

Visit the HILLGA Store
5.0            3 ratings

### $655$^{00}$

Or **$38.68** /mo (24 mo). Select from 1 plan

**Coupon:**     Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $555.00 $655.00 upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

      

Ships from       30-day easy    Customer
HILLGA           returns        Support

Size: **2 PCS - Swivel Gliders**

| 2 PCS - Swivel... | 3 PCS - Swivel... | 5 PCS - Swivel... |
|---|---|---|
| $655.00 | $699.00 | $969.00 |

| 6 PCS - Swivel... | 2 PCS - Sectional... | 4 PCS - Sectional... |
|---|---|---|
| $1,469.00 | See available options | See available options |

| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 11 PCS - Swivel... | 11 PCS - Swivel... |
|---|---|
| See available options | See available options |

Color: **Cream White**

### $655$^{00}$

FREE delivery **February 24 - 26.** Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGFBCC2

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 143 of 332 PageID #:143

2/13/25, 4:17 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Con…

Deliver to Calfee
Chicago 60604          All ▾   Search Amazon

EN ▾     Account & Lists ▾     Returns & Orders     0

All     **Rufus**     Same Day Delivery     Medical Care ▾     Prime Video     Best Sellers     Keep Shopping For     Buy Again     Today's Deals     Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Dark Gray(Version 2.0)

Visit the HILLGA Store

5.0          3 ratings

### $699⁰⁰

Or **$41.28** /mo (24 mo). Select from 1 plan

**Coupon:** ▾     Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $599.00 $699.00 upon approval for Prime Visa**

### Delivery & Support

Select to learn more

      

Ships from     30-day easy     Customer
HILLGA         returns        Support

### Size: **3 PCS - Swivel Gliders & Side Table**

| 3 PCS - Swivel... | 6 PCS - Swivel... | 2 PCS - Sectional... |
|---|---|---|
| $699.00 | $1,469.00 | See available options |
| **2 PCS - Swivel...** | **4 PCS - Sectional...** | **5 PCS - Swivel...** |
| See available options | See available options | See available options |
| **6 PCS - Swivel...** | **6 PCS - Swivel...** | **7 PCS - Swivel...** |
| See available options | See available options | See available options |
| **7 PCS - Swivel...** | **7 PCS - Swivel...** | **7 PCS - Swivel...** |
| See available options | See available options | See available options |
| **8 PCS - Swivel...** | **10 PCS - Swivel...** | **10 PCS - Swivel...** |
| See available options | See available options | See available options |
| **11 PCS - Swivel...** | **11 PCS - Swivel...** | |
| See available options | See available options | |

Color: **Dark Gray**

### $699⁰⁰

FREE delivery **February 24 - 26**. Details

    Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

    Add to Cart

    Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

    Add to List

    Add to Baby Registry

    Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGG22VH

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 146 of 332 PageID #:146

2/13/25, 4:19 PM     Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Con…

Deliver to Calfee
Chicago 60604     All ▾     Search Amazon                                    EN ▾     Account & Lists ▾     & Orders     **0**

All     **Rufus**     Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Keep Shopping for   Buy Again   Today's Deals   Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

2 VIDEOS

# Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Light Gray(Version 2.0)

Visit the HILLGA Store

5.0            3 ratings

## $699⁰⁰

Or **$41.28** /mo (24 mo). Select from 1 plan

**Coupon:**    Apply 5% coupon Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $599.00 $699.00 upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

                    

Ships from    30-day easy    Customer
HILLGA        returns        Support

### Size: **3 PCS - Swivel Gliders & Side Table**

| 3 PCS - Swivel... | 6 PCS - Swivel... | 2 PCS - Sectional... |
|---|---|---|
| $699.00 | $1,469.00 | See available options |

| 2 PCS - Swivel... | 4 PCS - Sectional... | 5 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 11 PCS - Swivel... | 11 PCS - Swivel... |
|---|---|
| See available options | See available options |

Color: **Light Gray**

## $699⁰⁰

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from    HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGCJYXM

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 148 of 332 PageID #:148

2/13/25, 4:20 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Con...



Deliver to Calfee
Chicago 60604    All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders

All   **Rufus**   ~~~~~   ~~~~~   ~~~~~   Best Sellers   ~~~~~   ~~~~~   ~~~~~   ~~~~~

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Beige(Version 2.0)

Visit the HILLGA Store
5.0          3 ratings

### $679⁰⁰

Or **$40.10** /mo (24 mo). Select from 1 plan

**Coupon:**   Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $579.00** $679.00 upon approval for Prime Visa.

### Delivery & Support

Select to learn more

        

Ships from     30-day easy     Customer
HILLGA          returns          Support

### Size: **3 PCS - Swivel Gliders & Side Table**

| 3 PCS - Swivel... | 2 PCS - Swivel... | 5 PCS - Swivel... |
|---|---|---|
| $679.00 | $599.99 | $969.00 |

| 6 PCS - Swivel... | 2 PCS - Sectional... | 4 PCS - Sectional... |
|---|---|---|
| $1,469.00 | See available options | See available options |

| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 11 PCS - Swivel... | 11 PCS - Swivel... |
|---|---|
| See available options | See available options |

Color: **Beige**

### $679⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by       HILLGA
Returns       30-day
              refund/replacement
Payment       Secure transaction
∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DRGFMGPL

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 150 of 332 PageID #:150

2/13/25, 4:24 PM Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Con…

Deliver to Calfee
Chicago 60604    All ▾    Search Amazon

EN ▾    Account & Lists ▾    & Orders    0

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Prime Video    Best Sellers    Keep Shopping For    Buy Again    Today's Deals    Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                3 ratings

### $699⁰⁰

Or **$41.28** /mo (24 mo). Select from 1 plan

**Coupon:**     Apply 5% coupon Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $599.00 $699.00 upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

🚚    💲    🎧
Ships from    30-day easy    Customer
HILLGA    returns    Support

Size: **3 PCS - Swivel Gliders & Side Table**

| | | |
|---|---|---|
| **3 PCS - Swivel...** $699.00 | **2 PCS - Sectional...** $2,275.00 | **2 PCS - Swivel...** $599.99 |
| **4 PCS - Sectional...** $1,709.00 | **5 PCS - Swivel...** $969.00 | **6 PCS - Swivel...** $1,469.00 |
| **6 PCS - Swivel...** $1,329.00 | **6 PCS - Swivel...** $1,499.00 | **7 PCS - Swivel...** $2,419.00 |
| **7 PCS - Swivel...** $1,699.00 | **7 PCS - Swivel...** $1,899.00 | **7 PCS - Swivel...** $1,899.00 |
| **8 PCS - Swivel...** $2,265.00 | **10 PCS - Swivel...** $2,795.00 | **10 PCS - Swivel...** $3,055.00 |
| **11 PCS - Swivel...** $3,475.00 | **11 PCS - Swivel...** $3,999.00 | |

Color: **Blue**

  

### $699⁰⁰

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    HILLGA
Sold by    HILLGA
Returns    30-day
refund/replacement
Payment    Secure transaction
▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGDVDYM

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 152 of 332 PageID #:152

2/13/25, 4:26 PM     Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Con…

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon          EN ▾   Account & Lists ▾   & Orders        0

All   **Rufus**   Same Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Keep Shopping for   Buy Again   Today's Deals   Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)

Visit the HILLGA Store

5.0          3 ratings

### $699⁰⁰

Or **$41.28** /mo (24 mo). Select from 1 plan

**Coupon:**     Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $599.00** ~~$699.00~~ **upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

                    

Ships from     30-day easy     Customer
HILLGA         returns         Support

### Size: **3 PCS - Swivel Gliders & Side Table**

| 3 PCS - Swivel... $699.00 | 2 PCS - Swivel... $655.00 | 5 PCS - Swivel... $969.00 |
|---|---|---|
| 6 PCS - Swivel... $1,469.00 | 2 PCS - Sectional... See available options | 4 PCS - Sectional... See available options |
| 6 PCS - Swivel... See available options | 6 PCS - Swivel... See available options | 7 PCS - Swivel... See available options |
| 7 PCS - Swivel... See available options | 7 PCS - Swivel... See available options | 7 PCS - Swivel... See available options |
| 8 PCS - Swivel... See available options | 10 PCS - Swivel... See available options | 10 PCS - Swivel... See available options |
| 11 PCS - Swivel... See available options | 11 PCS - Swivel... See available options | |

### Color: **Cream White**

### $699⁰⁰

FREE delivery February 24 - 26. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from    HILLGA
Sold by       HILLGA
Returns       30-day refund/replacement
Payment       Secure transaction
⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGF9MG2

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 154 of 332 PageID #:154

2/13/25, 4:27 PM    Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 5 PCS Wicker Con...

Deliver to Calfee
Chicago 60604      All ▾    Search Amazon                                        EN ▾   Account & Lists ▾   & Orders        0

All    **Rufus**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 5 PCS Wicker Conversation Set for Yard in Beige(Version 2.0)

Visit the HILLGA Store

5.0          3 ratings

### $969⁰⁰

Or **$57.22** /mo (24 mo). Select from 1 plan

**Coupon:**      Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $869.00 $969.00 upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

                    

Ships from      30-day easy      Customer
HILLGA          returns          Support

### Size: 5 PCS - Swivel Gliders & Ottomans

| 5 PCS - Swivel... $969.00 | 2 PCS - Swivel... $599.99 | 3 PCS - Swivel... $679.00 |
|---|---|---|
| 6 PCS - Swivel... $1,469.00 | 2 PCS - Sectional... See available options | 4 PCS - Sectional... See available options |
| 6 PCS - Swivel... See available options | 6 PCS - Swivel... See available options | 7 PCS - Swivel... See available options |
| 7 PCS - Swivel... See available options | 7 PCS - Swivel... See available options | 7 PCS - Swivel... See available options |
| 8 PCS - Swivel... See available options | 10 PCS - Swivel... See available options | 10 PCS - Swivel... See available options |
| 11 PCS - Swivel... See available options | 11 PCS - Swivel... See available options | |

Color: **Beige**

### $969⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
▼ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGH43NY

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 156 of 332 PageID #:156

2/13/25, 4:29 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 5 PCS Wicker Con...

Deliver to Calfee
Chicago 60604          All ▾  Search Amazon

EN ▾          Hello, select          Returns          **0**
              Account & Lists ▾    & Orders

All    **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals   Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 5 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0          3 ratings

### $969⁰⁰

Or **$57.22** /mo (24 mo). Select from 1 plan

**Coupon:**  Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $869.00 ~~$969.00~~ upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

🚚          💲          🎧
Ships from    30-day easy    Customer
HILLGA        returns        Support

### Size: **5 PCS - Swivel Gliders & Ottomans**

| | | |
|---|---|---|
| **5 PCS - Swivel...** $969.00 | **2 PCS - Sectional...** $2,275.00 | **2 PCS - Swivel...** $599.99 |
| **3 PCS - Swivel...** $699.00 | **4 PCS - Sectional...** $1,709.00 | **6 PCS - Swivel...** $1,469.00 |
| **6 PCS - Swivel...** $1,329.00 | **6 PCS - Swivel...** $1,499.00 | **7 PCS - Swivel...** $2,419.00 |
| **7 PCS - Swivel...** $1,699.00 | **7 PCS - Swivel...** $1,899.00 | **7 PCS - Swivel...** $1,899.00 |
| **8 PCS - Swivel...** $2,265.00 | **10 PCS - Swivel...** $2,795.00 | **10 PCS - Swivel...** $3,055.00 |
| **11 PCS - Swivel...** $3,475.00 | **11 PCS - Swivel...** $3,999.00 | |

### Color: **Blue**

  

### $969⁰⁰

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction

✔ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGKD5S4

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 158 of 332 PageID #:158

2/13/25, 4:31 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 5 PCS Wicker Con...

Deliver to Calfee
Chicago 60604      All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders          0

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Prescriptions   Best Sellers   Amazon Pharmacy...   Buy Again   Today's Deals   Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 5 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)

Visit the HILLGA Store
5.0      3 ratings

### $969⁰⁰

Or **$57.22** /mo (24 mo). Select from 1 plan

**Coupon:**  Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $869.00 $969.00 upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

      

Ships from        30-day easy       Customer
HILLGA            returns           Support

Size: **5 PCS - Swivel Gliders & Ottomans**

| 5 PCS -<br>Swivel...<br>$969.00 | 2 PCS -<br>Swivel...<br>$655.00 | 3 PCS -<br>Swivel...<br>$699.00 |
|---|---|---|
| 6 PCS -<br>Swivel...<br>$1,469.00 | 2 PCS -<br>Sectional...<br>See available options | 4 PCS -<br>Sectional...<br>See available options |
| 6 PCS -<br>Swivel...<br>See available options | 6 PCS -<br>Swivel...<br>See available options | 7 PCS -<br>Swivel...<br>See available options |
| 7 PCS -<br>Swivel...<br>See available options | 7 PCS -<br>Swivel...<br>See available options | 7 PCS -<br>Swivel...<br>See available options |
| 8 PCS -<br>Swivel...<br>See available options | 10 PCS -<br>Swivel...<br>See available options | 10 PCS -<br>Swivel...<br>See available options |
| 11 PCS -<br>Swivel...<br>See available options | 11 PCS -<br>Swivel...<br>See available options | |

Color: **Cream White**

### $969⁰⁰

FREE delivery **February 24 - 26.** Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day
             refund/replacement
Payment      Secure transaction
∨ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect:
One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for
$16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGJ12PT

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 161 of 332 PageID #:161

2/13/25, 4:41 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Con…

Deliver to Calfee
Chicago 60604      All ▾   Search Amazon

EN ▾   Account & Lists ▾   Returns & Orders   0

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals   Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Beige(Version 2.0)

Visit the HILLGA Store

5.0          3 ratings

### $1,469⁰⁰

Or **$67.29** /mo (36 mo). Select from 1 plan

**Coupon:**  Apply 5% coupon  Shop items ›
| Terms

**Pay $122.42/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

    

Ships from      30-day easy      Customer
HILLGA          returns          Support

Size: **6 PCS - Swivel Gliders & Side Table**

| 6 PCS - Swivel... | 2 PCS - Swivel... | 3 PCS - Swivel... |
|---|---|---|
| $1,469.00 | $599.99 | $679.00 |
| 5 PCS - Swivel... | 2 PCS - Sectional... | 4 PCS - Sectional... |
| $969.00 | See available options | See available options |
| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
| See available options | See available options | See available options |
| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
| See available options | See available options | See available options |
| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
| See available options | See available options | See available options |
| 11 PCS - Swivel... | 11 PCS - Swivel... | |
| See available options | See available options | |

Color: **Beige**

### $1,469⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGH12SW

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 165 of 332 PageID #:165

2/13/25, 4:42 PM
Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Con…

Deliver to Calfee
Chicago 60604   All ▼   Search Amazon

EN ▼   Account & Lists ▼   & Orders   **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▼   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals   Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store

5.0                    3 ratings

### $1,469⁰⁰

Or **$67.29** /mo (36 mo). Select from 1 plan

**Coupon:** Apply 5% coupon  Shop items ›
| Terms

**Pay $122.42/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

    

Ships from    30-day easy    Customer
HILLGA        returns        Support

Size: **6 PCS - Swivel Gliders & Side Table**

| 6 PCS - Swivel… $1,469.00 | 2 PCS - Sectional… $2,275.00 | 2 PCS - Swivel… $599.99 |
|---|---|---|
| 3 PCS - Swivel… $699.00 | 4 PCS - Sectional… $1,709.00 | 5 PCS - Swivel… $969.00 |
| 6 PCS - Swivel… $1,329.00 | 6 PCS - Swivel… $1,499.00 | 7 PCS - Swivel… $2,419.00 |
| 7 PCS - Swivel… $1,699.00 | 7 PCS - Swivel… $1,899.00 | 7 PCS - Swivel… $1,899.00 |
| 8 PCS - Swivel… $2,265.00 | 10 PCS - Swivel… $2,795.00 | 10 PCS - Swivel… $3,055.00 |
| 11 PCS - Swivel… $3,475.00 | 11 PCS - Swivel… $3,999.00 | |

Color: **Blue**

  



Color      Blue

### $1,469⁰⁰

FREE delivery **February 24 - 26**.
Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day
             refund/replacement
Payment      Secure transaction

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect:
  One plan covers all eligible
  past and future purchases
  (Renews Monthly Until
  Cancelled) for
  **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGFCRFG

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 168 of 332 PageID #:168

2/13/25, 4:44 PM        Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Con…

Deliver to Calfee       All ▾   Search Amazon                                                    EN ▾   Account & Lists ▾   & Orders        0
Chicago 60604

All    **Rufus**   Same Day Delivery   Medical Care ▾   Home Setup   Best Sellers   Keep Shopping For   Buy Again   Today's Deals   Amazon Basics

**Qualifying EBT and government assistance**     Shop now ›        prime
recipients can get Prime for $5.99 per month

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)

Visit the HILLGA Store
5.0              3 ratings

### $1,469⁰⁰

Or **$67.29** /mo (36 mo). Select from 1 plan

Coupon:   Apply 5% coupon  Shop items ›
| Terms

**Pay $122.42/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

    

Ships from         30-day easy        Customer
HILLGA             returns            Support

Size: **6 PCS - Swivel Gliders & Side Table**

| 6 PCS - Swivel... | 2 PCS - Swivel... | 3 PCS - Swivel... |
|---|---|---|
| $1,469.00 | $655.00 | $699.00 |

| 5 PCS - Swivel... | 2 PCS - Sectional... | 4 PCS - Sectional... |
|---|---|---|
| $969.00 | See available options | See available options |

| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 11 PCS - Swivel... | 11 PCS - Swivel... |
|---|---|
| See available options | See available options |

Color: **Cream White**

### $1,469⁰⁰

FREE delivery **February 24 - 26.**
Details

Deliver to Calfee - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from    HILLGA
Sold by       HILLGA
Returns       30-day refund/replacement
Payment       Secure transaction
∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

ASIN

B0DRGH6NFB

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 171 of 332 PageID #:171

2/13/25, 4:45 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Con…

Deliver to Calfee          All ▾   Search Amazon
Chicago 60604

EN ▾      Account & Lists ▾    Returns
                              & Orders          0

All     **Rufus**

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Dark Gray(Version 2.0)

Visit the HILLGA Store

5.0                    3 ratings

### $1,469⁰⁰

Or **$67.29** /mo (36 mo). Select from 1 plan

**Coupon:**        Apply 5% coupon  Shop items ›
| Terms

**Pay $122.42/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

        

Ships from       30-day easy      Customer
HILLGA           returns          Support

Size: **6 PCS - Swivel Gliders & Side Table**

| 6 PCS - Swivel... | 3 PCS - Swivel... | 2 PCS - Sectional... |
|---|---|---|
| $1,469.00 | $699.00 | See available options |
| **2 PCS - Swivel...** | **4 PCS - Sectional...** | **5 PCS - Swivel...** |
| See available options | See available options | See available options |
| **6 PCS - Swivel...** | **6 PCS - Swivel...** | **7 PCS - Swivel...** |
| See available options | See available options | See available options |
| **7 PCS - Swivel...** | **7 PCS - Swivel...** | **7 PCS - Swivel...** |
| See available options | See available options | See available options |
| **8 PCS - Swivel...** | **10 PCS - Swivel...** | **10 PCS - Swivel...** |
| See available options | See available options | See available options |
| **11 PCS - Swivel...** | **11 PCS - Swivel...** | |
| See available options | See available options | |

Color: **Dark Gray**

### $1,469⁰⁰

FREE delivery **February 24 - 26**.
Details

Deliver to Calfee - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day
             refund/replacement
Payment      Secure transaction
▼ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect:
  One plan covers all eligible
  past and future purchases
  (Renews Monthly Until
  Cancelled) for
  $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGF9CJX

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 174 of 332 PageID #:174

2/13/25, 4:46 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Con…

Deliver to Calfee          All ▾   Search Amazon                                                                    **0**
Chicago 60604
                                                                              EN ▾   Account & Lists ▾    & Orders

All   **Rufus**   Same-Day Delivery   My Rue  Jules   Registration   Best Sellers   Amy's Personal to   Buy Again   Today's Deals   Prime   Basin

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

2 VIDEOS

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Light Gray(Version 2.0)

Visit the HILLGA Store
5.0                     3 ratings

### $1,469⁰⁰

Or **$67.29** /mo (36 mo). Select from 1 plan

**Coupon:**          Apply 5% coupon  Shop items ›
| Terms

**Pay $122.42/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

      

Ships from        30-day easy       Customer
HILLGA            returns           Support

### Size: **6 PCS - Swivel Gliders & Side Table**

| 6 PCS - Swivel... | 3 PCS - Swivel... | 2 PCS - Sectional... |
|---|---|---|
| $1,469.00 | $699.00 | See available options |

| 2 PCS - Swivel... | 4 PCS - Sectional... | 5 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 6 PCS - Swivel... | 6 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
|---|---|---|
| See available options | See available options | See available options |

| 11 PCS - Swivel... | 11 PCS - Swivel... |
|---|---|
| See available options | See available options |

Color: **Light Gray**

### $1,469⁰⁰

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
⌄ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGFWFBN

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 177 of 332 PageID #:177

2/13/25, 4:50 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and Loveseat, 6 PC…

Deliver to Calfee
Chicago 60604    All ▾   Search Amazon                                                                          EN ▾    Hello, sign in      Returns     0
                                                                                                                          Account & Lists ▾   & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Microshopping ktz   Buy again   Groceries   Amazon Basics

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

VIDEO

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and Loveseat, 6 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                3 ratings

### $1,329⁰⁰

Or **$60.87** /mo (36 mo). Select from 1 plan

**Coupon:** ▪   Apply 5% coupon  Shop items ›
| Terms

**Thank you for being a Prime member. Get $100 off: Pay $1,229.00 $1,329.00 upon approval for Prime Visa.**

### Delivery & Support

Select to learn more

      

Ships from    30-day easy    Customer
HILLGA        returns        Support

### Size: 6 PCS - Swivel Gliders & Loveseat

| 6 PCS - Swivel... | 2 PCS - Sectional... | 2 PCS - Swivel... |
|---|---|---|
| $1,329.00 | $2,275.00 | $599.99 |
| **3 PCS - Swivel...** | **4 PCS - Sectional...** | **5 PCS - Swivel...** |
| $699.00 | $1,709.00 | $969.00 |
| **6 PCS - Swivel...** | **6 PCS - Swivel...** | **7 PCS - Swivel...** |
| $1,469.00 | $1,499.00 | $2,419.00 |
| **7 PCS - Swivel...** | **7 PCS - Swivel...** | **7 PCS - Swivel...** |
| $1,699.00 | $1,899.00 | $1,899.00 |
| **8 PCS - Swivel...** | **10 PCS - Swivel...** | **10 PCS - Swivel...** |
| $2,265.00 | $2,795.00 | $3,055.00 |
| **11 PCS - Swivel...** | **11 PCS - Swivel...** | |
| $3,475.00 | $3,999.00 | |

### Color: Blue

    



### $1,329⁰⁰

FREE delivery **February 24 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from    HILLGA
Sold by       HILLGA
Returns       30-day refund/replacement
Payment       Secure transaction
▾ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGFXHJF

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 180 of 332 PageID #:180

2/13/25, 4:52 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 6 …

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon                    EN ▾   Account & Lists ▾   & Orders     0

All    **Rufus**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

VIDEO

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 6 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                          3 ratings

### $1,499.00

Or **$68.66** /mo (36 mo). Select from 1 plan

Coupon:    Apply 5% coupon  Shop items ›
| Terms

**Pay $124.92/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

            

Ships from      30-day easy      Customer
HILLGA          returns          Support

### Size: **6 PCS - Swivel Gliders & 3-Seat Sofa**

| 6 PCS - Swivel… | 2 PCS - Sectional… | 2 PCS - Swivel… |
|---|---|---|
| $1,499.00 | $2,275.00 | $599.99 |
| 3 PCS - Swivel… | 4 PCS - Sectional… | 5 PCS - Swivel… |
| $699.00 | $1,709.00 | $969.00 |
| 6 PCS - Swivel… | 6 PCS - Swivel… | 7 PCS - Swivel… |
| $1,469.00 | $1,329.00 | $2,419.00 |
| 7 PCS - Swivel… | 7 PCS - Swivel… | 7 PCS - Swivel… |
| $1,699.00 | $1,899.00 | $1,899.00 |
| 8 PCS - Swivel… | 10 PCS - Swivel… | 10 PCS - Swivel… |
| $2,265.00 | $2,795.00 | $3,055.00 |
| 11 PCS - Swivel… | 11 PCS - Swivel… | |
| $3,475.00 | $3,999.00 | |

Color: **Blue**



Color     Blue

### $1,499.00

FREE delivery February 24 - 26.
Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day
             refund/replacement
Payment      Secure transaction
▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect:
One plan covers all eligible
past and future purchases
(Renews Monthly Until
Cancelled) for
$16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

**Other sellers on Amazon**

New (2) from $1,499.00  & FREE Shipping



Sponsored

# ASIN
# B0DRGGPWC3

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 182 of 332 PageID #:182

2/13/25, 4:55 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and Sectional Sofa, ...

Deliver to Calfee
Chicago 60604      All ▾   Search Amazon

EN ▾    Account & Lists ▾    & Orders    **0**

All    **Rufus**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

VIDEO

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and Sectional Sofa, 7 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                           3 ratings

### $2,419⁰⁰

Or **$95.74** /mo (48 mo). Select from 1 plan

**Coupon:** ⬥    Apply 5% coupon  Shop items ›
| Terms

Get $100 off instantly: Pay $2,319.00 upon approval for Prime Visa.

### Delivery & Support

Select to learn more

    

Ships from      30-day easy      Customer
HILLGA          returns          Support

Size: **7 PCS - Swivel Gliders & Sectional**...

| 7 PCS - Swivel... | 2 PCS - Sectional... | 2 PCS - Swivel... |
|---|---|---|
| $2,419.00 | $2,275.00 | $599.99 |
| 3 PCS - Swivel... | 4 PCS - Sectional... | 5 PCS - Swivel... |
| $699.00 | $1,709.00 | $969.00 |
| 6 PCS - Swivel... | 6 PCS - Swivel... | 6 PCS - Swivel... |
| $1,469.00 | $1,329.00 | $1,499.00 |
| 7 PCS - Swivel... | 7 PCS - Swivel... | 7 PCS - Swivel... |
| $1,699.00 | $1,899.00 | $1,899.00 |
| 8 PCS - Swivel... | 10 PCS - Swivel... | 10 PCS - Swivel... |
| $2,265.00 | $2,795.00 | $3,055.00 |
| 11 PCS - Swivel... | 11 PCS - Swivel... | |
| $3,475.00 | $3,999.00 | |

Color: **Blue**

    



**Color**    Blue

### $2,419⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 3 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DRGDK4XV

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 184 of 332 PageID #:184

2/13/25, 4:58 PM
Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 7 …

Deliver to Calfee
Chicago 60604    All ▾    Search Amazon

EN ▾    Account & Lists ▾    & Orders    **0**

All    **Rufus**    Same-Day Delivery    The Buy...    Prime Video    Best Sellers    Keys Support...    Buy Again    Gift Cards    Amazon Basics

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 7 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                3 ratings

### $1,699⁰⁰

Or **$67.24** /mo (48 mo). Select from 1 plan

Coupon:     Apply 5% coupon Shop items ›
| Terms

**Pay $141.58/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

    

Ships from    30-day easy    Customer
HILLGA       returns       Support

Size: **7 PCS - Swivel Gliders & 3-Seat Sofa**

| 7 PCS - Swivel... $1,699.00 | 2 PCS - Sectional... $2,275.00 | 2 PCS - Swivel... $599.99 |
|---|---|---|
| 3 PCS - Swivel... $699.00 | 4 PCS - Sectional... $1,709.00 | 5 PCS - Swivel... $969.00 |
| 6 PCS - Swivel... $1,469.00 | 6 PCS - Swivel... $1,329.00 | 6 PCS - Swivel... $1,499.00 |
| 7 PCS - Swivel... $2,419.00 | 7 PCS - Swivel... $1,899.00 | 7 PCS - Swivel... $1,899.00 |
| 8 PCS - Swivel... $2,265.00 | 10 PCS - Swivel... $2,795.00 | 10 PCS - Swivel... $3,055.00 |
| 11 PCS - Swivel... $3,475.00 | 11 PCS - Swivel... $3,999.00 | |

Color: **Blue**



Color    Blue

### $1,699⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from    HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DRGGLQB9

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 186 of 332 PageID #:186

2/13/25, 5:00 PM        Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, Lo…

Deliver to Calfee
Chicago 60604        All ▾    Search Amazon                                    EN ▾    Account & Lists ▾    & Orders        **0**

All    **Rufus**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

VIDEO

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, Loveseat, 7 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store

5.0        3 ratings

### $1,899⁰⁰

Or **$75.16** /mo (48 mo). Select from 1 plan

**Coupon:**     Apply 5% coupon  Shop items ›
| Terms

**Pay $158.25/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

    

Ships from       30-day easy      Customer
HILLGA           returns          Support

Size: **7 PCS - Swivel Gliders & 3-Seat Sofa…**

| 7 PCS - Swivel… | 2 PCS - Sectional… | 2 PCS - Swivel… |
|---|---|---|
| $1,899.00 | $2,275.00 | $599.99 |
| 3 PCS - Swivel… | 4 PCS - Sectional… | 5 PCS - Swivel… |
| $699.00 | $1,709.00 | $969.00 |
| 6 PCS - Swivel… | 6 PCS - Swivel… | 6 PCS - Swivel… |
| $1,469.00 | $1,329.00 | $1,499.00 |
| 7 PCS - Swivel… | 7 PCS - Swivel… | 7 PCS - Swivel… |
| $2,419.00 | $1,699.00 | $1,899.00 |
| 8 PCS - Swivel… | 10 PCS - Swivel… | 10 PCS - Swivel… |
| $2,265.00 | $2,795.00 | $3,055.00 |
| 11 PCS - Swivel… | 11 PCS - Swivel… | |
| $3,475.00 | $3,999.00 | |

Color: **Blue**

    



### $1,899⁰⁰

FREE delivery **February 24 - 26**.
Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from    HILLGA
Sold by       HILLGA
Returns       30-day refund/replacement
Payment       Secure transaction
▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect:
One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DRGDM62W

2/13/25, 5:02 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 7 …

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon

EN ▾    Account & Lists ▾    & Orders    **0**

All    **Rufus**

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

# Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 7 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store

5.0                    3 ratings

## $1,899⁰⁰

Or **$75.16** /mo (48 mo). Select from 1 plan

**Coupon:** 🔲    Apply 5% coupon  Shop items ›
| Terms

**Pay $158.25/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

    

Ships from        30-day easy      Customer
HILLGA            returns          Support

Size: **7 PCS - Swivel Gliders & 4-Seat Sofa**

| | | |
|---|---|---|
| **7 PCS - Swivel...** $1,899.00 | **2 PCS - Sectional...** $2,275.00 | **2 PCS - Swivel...** $599.99 |
| **3 PCS - Swivel...** $699.00 | **4 PCS - Sectional...** $1,709.00 | **5 PCS - Swivel...** $969.00 |
| **6 PCS - Swivel...** $1,469.00 | **6 PCS - Swivel...** $1,329.00 | **6 PCS - Swivel...** $1,499.00 |
| **7 PCS - Swivel...** $2,419.00 | **7 PCS - Swivel...** $1,699.00 | **7 PCS - Swivel...** $1,899.00 |
| **8 PCS - Swivel...** $2,265.00 | **10 PCS - Swivel...** $2,795.00 | **10 PCS - Swivel...** $3,055.00 |
| **11 PCS - Swivel...** $3,475.00 | **11 PCS - Swivel...** $3,999.00 | |

Color: **Blue**

Color    Blue

## $1,899⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
▾ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored



ASIN

B0DRGHTH98

2/13/25, 5:04 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 8 …

Deliver to Calfee
Chicago 60604      All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders        **0**

All   **Rufus**

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

## Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 8 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0          3 ratings

### $2,265⁰⁰

Or **$89.64** /mo (48 mo). Select from 1 plan

**Coupon:**     Apply 5% coupon  Shop items ›
| Terms

**Pay $188.75/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support

Select to learn more

        

Ships from      30-day easy     Customer
HILLGA          returns         Support

### Size: **8 PCS - Swivel Gliders & 3-Seat Sofa**

| | | |
|---|---|---|
| **8 PCS - Swivel...** $2,265.00 | **2 PCS - Sectional...** $2,275.00 | **2 PCS - Swivel...** $599.99 |
| **3 PCS - Swivel...** $699.00 | **4 PCS - Sectional...** $1,709.00 | **5 PCS - Swivel...** $969.00 |
| **6 PCS - Swivel...** $1,469.00 | **6 PCS - Swivel...** $1,329.00 | **6 PCS - Swivel...** $1,499.00 |
| **7 PCS - Swivel...** $2,419.00 | **7 PCS - Swivel...** $1,699.00 | **7 PCS - Swivel...** $1,899.00 |
| **7 PCS - Swivel...** $1,899.00 | **10 PCS - Swivel...** $2,795.00 | **10 PCS - Swivel...** $3,055.00 |
| **11 PCS - Swivel...** $3,475.00 | **11 PCS - Swivel...** $3,999.00 | |

Color: **Blue**

Color     Blue

### $2,265⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
▾ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGDGX4F

2/13/25, 5:06 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 10...

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders     **0**

All    **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Gift Shopping Fair   Buy Again   Today's Deals   Amazon Basics

Sponsored

## Consider these alternative items


HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Ro...
5.0        3
$2,265⁰⁰


HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Ro...
5.0        3
$1,499⁰⁰

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

### Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 10 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
Visit the HILLGA Store
5.0          3 ratings

## $2,795⁰⁰

Or **$110.62** /mo (48 mo). Select from 1 plan

**Coupon:** ▯ Apply 10% coupon
Shop items › | Terms

Unlock a $100 Amazon Gift Card upon approval for Prime Visa.

### Delivery & Support
Select to learn more

     🚚        
Ships from   30-day easy   Customer
HILLGA       returns       Support

Size: **10 PCS - Swivel Gliders & 3-Seat Sofa**

## $2,795⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from   HILLGA
Sold by      HILLGA
Returns      30-day refund/replacement
Payment      Secure transaction
▾ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

https://www.amazon.com/HILLGA-Outdoor-Furniture-Cushion-Conversation/dp/B0DRGDGX4F/ref=sr_1_6?dib=eyJ2IjoiMSJ9.fgKjiLKb9beV-SK_5W7...     1/10

# ASIN

# B0DRGHJVKC

2/13/25, 5:09 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 10...

Deliver to Calfee
Chicago 60604     All ▾   **Search Amazon**

EN ▾   Account & Lists ▾   & Orders ▾   **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Amazon Shopping Fin...   Buy Again   Today's Deals   Amazon Basics

Sponsored

## Consider these alternative items



HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro...
5.0          3
$2,265⁰⁰



HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro...
5.0          3
$1,899⁰⁰

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

# Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 10 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                    3 ratings

## $3,055⁰⁰

Or **$120.91** /mo (48 mo). Select from 1 plan

**Coupon:** 🔲  Apply 10% coupon
Shop items ›  |  Terms

**Get a $100 Gift Card:** Pay $2,955.00 $3,055.00
upon approval for Prime Visa. No annual fee.

### Delivery & Support
Select to learn more

      

Ships from    30-day easy    Customer
HILLGA        returns        Support

Size: **10 PCS - Swivel Gliders & 4-Seat Sofa**

## $3,055⁰⁰

FREE delivery Monday, February
24. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order
soon.**

Quantity: 1

    Add to Cart

    Buy Now

Ships from    **HILLGA**
Sold by       **HILLGA**
Returns       30-day
              refund/replacement
Payment       Secure transaction
∨ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect:
One plan covers all eligible
past and future purchases
(Renews Monthly Until
Cancelled) for
$16.99/month

    Add to List

    Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0DRGGR55H

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 197 of 332 PageID #:197

2/13/25, 5:11 PM        Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 11 …

Deliver to Calfee
Chicago 60604     All ▼   Search Amazon

EN ▼   Account & Lists ▼   & Orders     **0**

All   **Rufus**

Sponsored

## Consider these alternative items



HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro…
5.0          3
$1,499⁰⁰



HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro…
5.0          3
$1,699⁰⁰



HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro…
5.0          3
$2,265⁰⁰

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

### Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 11 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                    3 ratings

## $3,475⁰⁰

Or **$137.53** /mo (48 mo). Select from 1 plan

**Coupon:** Apply 10% coupon
Shop items › | Terms

**Pay $289.58/month for 12 months, interest-free
upon approval for Prime Visa**

**Delivery & Support**
Select to learn more

                    

Ships from     30-day easy     Customer
HILLGA         returns         Support

Size: **11 PCS - Swivel Gliders & 3-Seat Sofa**

## $3,475⁰⁰

FREE delivery **Monday,
February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order
soon.**

Quantity: 1

| Add to Cart |
| Buy Now |

Ships from   **HILLGA**
Sold by      **HILLGA**
Returns      30-day
             refund/replacement
Payment      Secure transaction
∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect:
  One plan covers all eligible
  past and future purchases
  (Renews Monthly Until
  Cancelled) for
  $16.99/month

| Add to List |

| Add to Baby Registry |

Add to Registry & Gifting

Sponsored

ASIN

B0DRGH6H8N

2/13/25, 5:13 PM          Amazon.com: HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 11...

Deliver to Calfee
Chicago 60604      All ▾   **Search Amazon**

EN ▾   Account & Lists ▾   & Orders      **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Prime Video   Best Sellers   Smart Shopping Aid   Buy Again   Today's Deals   Amazon Basics

Sponsored

## Consider these alternative items


HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro...
5.0          3
**$1,499⁰⁰**


HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro...
5.0          3
**$1,899⁰⁰**


HILLGA Luxury High Back
Outdoor Furniture, 6-inch
Thick Cushion Swivel Ro...
5.0          3
**$2,265⁰⁰**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

VIDEO

# Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 11 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)

Visit the HILLGA Store
5.0                    3 ratings

## $3,999⁰⁰

Or **$158.27** /mo (48 mo). Select from 1 plan

**Coupon:** ▓   Apply 10% coupon
Shop items ›  |  Terms

**Pay $333.25/month for 12 months, interest-free upon approval for Prime Visa**

### Delivery & Support
Select to learn more

                    

Ships from     30-day easy     Customer
HILLGA          returns          Support

Size: **11 PCS - Swivel Gliders & 4-Seat Sofa**

## $3,999⁰⁰

FREE delivery **Monday, February 24**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

| Add to Cart |
| --- |

| Buy Now |
| --- |

Ships from    **HILLGA**
Sold by       HILLGA
Returns        30-day
              refund/replacement
Payment       Secure transaction
∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect:
One plan covers all eligible
past and future purchases
(Renews Monthly Until
Cancelled) **for**
$16.99/month

| Add to List |
| --- |

| Add to Baby Registry |
| --- |

Add to Registry & Gifting

Sponsored

ASIN

B0DQDQPDS4

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 201 of 332 PageID #:201

2/17/25, 1:34 PM          Amazon.com: HILLGA Luxury Outdoor 5-Pieces High Back Patio Furniture Set with 6" Thick Cushions, 3-Seater Sofa with Swivel R...

All   **Rufus**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in



🔴 **Ask Rufus**

Are cushions easy to clean and maintain?

Does it come with assembly tools and instructions?

How sturdy and durable is its construction?

## Luxury Outdoor 5-Pieces High Back Patio Furniture Set with 6" Thick Cushions, 3-Seater Sofa with Swivel Rocker Chairs and Ottomans, Ideal for Porch, Poolside, Deck, and Yard (Beige)

Visit the HILLGA Store

4.5          15 ratings

### $1,499⁰⁰

Or **$68.66** /mo (36 mo). Select from 1 plan

Apply now and get a $20 Amazon Gift Card upon approval of the Prime Store Card, or see if you pre-qualify with no impact to your credit bureau score.

**Delivery & Support**

Select to learn more

      

Ships from          30-day easy          Customer
HILLGA               returns              Support

Color: **Beige Cushion / Brown Wicker**

   

$1,499.00          $1,499.00

## Product details

| **Top highlights** | Item details | Style |

| Measurements | User guide |

| Materials & Care |

| **Color** | Beige Cushion / Brown Wicker |
| **Brand** | HILLGA |
| **Size** | 5PCS - 3 Seater Sofa Set |
| **Item dimensions L x W x H** | 75.7 x 33.5 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight**
210 Pounds

 **Style**
Modern, Elegant

 **Assembly Required**
Yes

 **Shape**
Square

### $1,499⁰⁰

FREE delivery **Tuesday, February 25**. Details

Deliver to Calfee - Chicago 60604

**Only 14 left in stock - order soon.**

Quantity: 1

[ Add to cart ]

[ Buy Now ]

| Ships from | HILLGA |
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

ASIN

B0DQDZ3DBM

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 203 of 332 PageID #:203

2/17/25, 1:38 PM
Amazon.com: HILLGA Luxury Outdoor Loveseat with Swivel Rocker Chairs and Ottomans, 5-Pieces High Back Patio Furniture Set …



All ▾ Search Amazon

Account & Lists ▾ & Orders

14

Rufus

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

**● Ask Rufus**

Are cushions removable for easy cleaning?

Does it come with assembly instructions?

How durable is the wicker rattan material?

## Luxury Outdoor Loveseat with Swivel Rocker Chairs and Ottomans, 5-Pieces High Back Patio Furniture Set with 6" Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard (Beige)

Visit the HILLGA Store
4.4          3 ratings

### $1,299⁰⁰

Or **$59.50** /mo (36 mo). Select from 1 plan

Get a $20 Amazon Gift Card instantly upon approval for the Prime Store Card. No annual fee.

**Delivery & Support**

Select to learn more



Ships from          30-day easy          Customer
HILLGA              returns              Support

Color: **Beige Cushion / Brown Wicker**

## Product details

| Top highlights | Item details | Style |

| Measurements | User guide |

| Materials & Care |

| **Color** | Beige Cushion / Brown Wicker |
|---|---|
| **Brand** | HILLGA |
| **Size** | 5PCS - Loveseat Set |
| **Item dimensions L x W x H** | 53 x 33.5 x 38.6 inches |
| **Product Care Instructions** | Wipe with Damp Cloth |

 **Item Weight** 185.5 Pounds       **Style** Modern, Elegant

**Assembly Required** Yes      **Shape** Square

## About this item

- [LUXURY COMFORT THICK CUSHIONS] - Normal was never good enough. The 6-inch cushions of the patio furniture feature upgraded high-density 28D foam, striking the perfect balance



### $1,299⁰⁰

FREE delivery **Tuesday, February 25**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

| Add to cart |

| Buy Now |

| Ships from | HILLGA |
|---|---|
| Sold by | HILLGA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |

| Add to Baby Registry |

| Add to Registry & Gifting |

Sponsored

2/13/25, 5:32 PM                                    Place Your Order - Amazon Checkout

## Secure checkout ∎

**Delivering to Calfee L**                                          Change

322 S MICHIGAN AVE STE 900, CHICAGO, IL, 60604-4200, United
States

Add delivery instructions

**Paying with Visa 7670**                                           Change

Use a gift card, voucher, or promo code

| | |
|---|---|
| Place your order | |

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items (42): | $58,621.98 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $6,008.75 |
| **Order total:** | **$64,630.73** |

## Arriving Feb 24, 2025 - Feb 26, 2025



HILLGA Luxury High Back
Outdoor Swivel Rocking Chair,
Wicker Patio Rocker with 6-Inch
Thick Cushions, Ideal for Porch,
Poolside, Deck, and Yard in Beige
**$369.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available

**⦿ Monday, Feb 24 - Wednesday, Feb 26**
FREE Delivery

**Get text updates**
✅ You consent to receive texts from us
for this delivery at
+12166228200Change



HILLGA Luxury High Back
Outdoor Swivel Rocker Patio
Chairs Set of 2, with 6-Inch Thick
Cushions and Side Table, Ideal
for Porch, Poolside, Deck, and
Yard in Light Gray
**$669.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury Outdoor 5-Pieces
High Back Patio Furniture Set
with 6" Thick Cushions, 3-Seater
Sofa with Swivel Rocker Chairs
and Ottomans, Ideal for Porch,
Poolside, Deck, and Yard (Blue)
**$1,499.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available

2/13/25, 5:32 PM                                        Place Your Order - Amazon Checkout



HILLGA Luxury High Back Outdoor Furniture, 6-
inch Thick Cushion Swivel Rocking Patio Chairs, 5
PCS Wicker Conversation Set for Yard in
Beige(Version 2.0)
**$969.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Swivel Rocker
Patio Chairs Set of 2, with 6-Inch Thick Cushions
and Side Table, Ideal for Porch, Poolside, Deck,
and Yard in Cream White
**$629.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-
inch Thick Cushion Swivel Rocking Patio Chairs, 2
PCS Wicker Conversation Set for Yard in
Blue(Version 2.0)
**$599.99**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury Outdoor 6-Piece High Back Patio
Furniture Set, with 3-Seater Sofa, 2 Swivel
Rockers, 2 Ottomans, 1 Coffee Table, 6" Thick
Cushions, Ideal for Porch, Poolside, Deck, and Yard
(Blue)
**$1,699.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Swivel Rocker
Patio Chairs Set of 2, with 6-Inch Thick Cushions
and Side Table, Ideal for Porch, Poolside, Deck,
and Yard in Dark Gray
**$669.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Dark Gray(Version 2.0)
**$699.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 6 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$1,499.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury Outdoor 8-Piece High Back Patio Furniture Set, with 3-Seater Sofa, 4 Swivel Rockers, 2 Ottomans, 1 Coffee Table, 6" Thick Cushions, Ideal for Porch, Deck, and Yard (Blue)
**$2,509.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back, Extra Thick Cushion 5-Piece Patio Conversation Set with Swivel Rocking Chairs & Ottomans, Outdoor Furniture for Porch, Deck, Garden in Cream White
**$849.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 8 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$2,265.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available

Place Your Order - Amazon Checkout



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 10 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$3,055.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Swivel Rocking Chair, Wicker Patio Rocker with 6-Inch Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard in Blue
**$369.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)
**$1,469.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$1,469.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Beige(Version 2.0)
**$1,469.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back, Extra Thick Cushion 5-Piece Patio Conversation Set with Swivel Rocking Chairs & Ottomans, Outdoor Furniture for Porch, Deck, Garden in Blue
**$949.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 5 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)
**$969.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Light Gray(Version 2.0)
**$699.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)
**$655.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 11 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$3,475.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available

2/13/25, 5:32 PM                                                      Place Your Order - Amazon Checkout



HILLGA Luxury High Back Outdoor Furniture, 6-
inch Thick Cushion Swivel Rocking Patio Chairs
and Sectional Sofa, 7 PCS Wicker Conversation Set
for Yard in Blue(Version 2.0)
**$2,419.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury Outdoor 7-Piece High Back Patio
Furniture Set, with 3-Seater Sofa, Loveseat, 2
Swivel Rockers, 2 Ottomans, 1 Coffee Table, 6"
Thick Cushions, Ideal for Porch, Deck, and Yard
(Blue)
**$2,275.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-
inch Thick Cushion Swivel Rocking Patio Chairs, 6
PCS Wicker Conversation Set for Yard in Dark
Gray(Version 2.0)
**$1,469.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Swivel Rocking
Chair, Wicker Patio Rocker with 6-Inch Thick
Cushions, Ideal for Porch, Poolside, Deck, and Yard
in Cream White
**$369.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-
inch Thick Cushion Swivel Rocking Patio Chairs, 5
PCS Wicker Conversation Set for Yard in
Blue(Version 2.0)
**$969.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, Loveseat, 7 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$1,899.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 2 PCS Wicker Conversation Set for Yard in Beige(Version 2.0)
**$599.99**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and Loveseat, 6 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$1,329.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 7 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$1,699.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 7 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$1,899.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available

Place Your Order - Amazon Checkout



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Beige(Version 2.0)
**$679.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury Outdoor 6-Piece High Back Patio Furniture Set, with Corner Sofa, 2 Swivel Rockers, 2 Ottomans, 1 Coffee Table, 6" Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard (Blue)
**$2,575.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, Ideal for Porch, Poolside, Deck, and Yard in Beige
**$649.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 3-Seat Sofa, 10 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$2,795.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 6 PCS Wicker Conversation Set for Yard in Light Gray(Version 2.0)
**$1,469.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available

2/13/25, 5:32 PM

Place Your Order - Amazon Checkout

 HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Cream White(Version 2.0)
**$699.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available

 HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs, 3 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$699.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available

 HILLGA Luxury High Back Outdoor Swivel Rocker Patio Chairs Set of 2, with 6-Inch Thick Cushions and Side Table, Ideal for Porch, Poolside, Deck, and Yard in Blue
**$629.00**
Ships from HILLGA
Sold by HILLGA

**Quantity:** 1 Change

Gift options not available

 HILLGA Luxury High Back Outdoor Furniture, 6-inch Thick Cushion Swivel Rocking Patio Chairs and 4-Seat Sofa, 11 PCS Wicker Conversation Set for Yard in Blue(Version 2.0)
**$3,999.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available

Place your order

**Order total: $64,630.73**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledg purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions a

Place Your Order - Amazon Checkout

Back to cart

English   United States   Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

2/17/25, 1:39 PM                                      Place Your Order - Amazon Checkout

# Secure checkout ■

## Delivering to Calfee L                                   Change

322 S MICHIGAN AVE STE 900, CHICAGO, IL, 60604-4200, United
States

Add delivery instructions

## Paying with Visa 7670                                    Change

Select a payment plan

Use a gift card, voucher, or promo code

| | |
|---|---|
| Place your order | |

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items (2): | $2,798.00 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $286.80 |
| **Order total:** | **$3,084.80** |

## Arriving Feb 25, 2025

⦿ **Tuesday, Feb 25**
FREE Delivery

**Get text updates**
☑ You consent to receive texts from us
for this delivery at
+12166228200Change



HILLGA Luxury Outdoor 5-Pieces High Back Patio Furniture
Set with 6" Thick Cushions, 3-Seater Sofa with Swivel Rocker
Chairs and Ottomans, Ideal for Porch, Poolside, Deck, and
Yard (Beige)
**$1,499.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available



HILLGA Luxury Outdoor Loveseat with Swivel Rocker Chairs
and Ottomans, 5-Pieces High Back Patio Furniture Set with 6"
Thick Cushions, Ideal for Porch, Poolside, Deck, and Yard
(Beige)
**$1,299.00**
Ships from HILLGA
Sold by HILLGA
Large, bulky item

**Quantity:** 1 Change

Gift options not available

| |
|---|
| Place your order |

**Order total: $3,084.80**
By placing your order, you agree to Amazon's privacy notice and conditions of
use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledg
purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions ʒ

Back to cart



| English | United States | Help |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

# Def. 2-ZZD
# (UIXE)

2/14/25, 12:05 AM                                   Amazon.com Seller Profile: ZZD

# ZZD

Visit the ZZD storefront

**57% positive** in the last 12 months (94 ratings)



**UIXE 360 Degree Outdoor Swivel ...**

$179⁹⁹

Add to Cart

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.
Read more

## About Seller

ZZD is committed to providing each customer with the highest standard of customer service.

**Have a question for ZZD?**

Ask a question

## Reviews

**3.4 out of 5**      12 months
94 ratings

| | |
|---|---|
| 5 star | 50% |
| 4 star | 7% |
| 3 star | 4% |
| 2 star | 5% |
| 1 star | 33% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

94 total ratings, 94 with feedback for 12 months

"We've bought 3 of these, love them! FedEx dropped off this 3rd box upside down, against the instructions on box. U should know... "

By reading girl on February 13, 2025.

"Awesome chair and clever packaging!"

By Kari J Gallo on February 8, 2025.

"I am so frustrated about to returned the chair. I never buy again. "

By Estela Suarez on February 5, 2025.

"ABOVE and BEYOND my expectations!! HIGH quality, easy to assemble.....beautiful!! Just beautiful!!! LOVE, LOVE, LOVE!!! "

By Amazon Customer on February 4, 2025.

"I only received one of the chairs. When will the other one arrive "

By Jessica on January 31, 2025.

"This package has been delivered to your state! Please wait another 1-2 days! Sorry for our late reply! Please check the latest email via Amazon! "

By ZZD on February 1, 2025.

Previous **Next**

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Hangzhou Zhouzhouda Network INFO Service Co.
**Business Address:**
  宁围街道金鸡路2398号
  协和辉丰发展中心1幢2201室
  杭州市
  萧山区
  311215
  CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

Become an Amazon Hub Partner

› See More Ways to Make Money

| English | United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Luna<br>Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN

B0CWNW9YZ2

2/14/25, 12:08 AM          Amazon.com: UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation S...

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon                                                EN ▾   Account & Lists ▾   & Orders   **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

## UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Navy Blue

Visit the UIXE Store
4.8                    9 ratings

$**179**⁹⁹

Or **$18.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $79.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| 1PIECE $179.99 | 2PIECE $359.99 | 3PIECE $339.99 |
| --- | --- | --- |
| 4PIECE $659.99 ~~$699.99~~ | 5PIECE $599.99 | 6PIECE $899.99 |
| 8PIECE-A $899.99 | 8PIECE-B $699.99 | 9PIECE-A $799.99 |
| 9PIECE $949.99 | | |

Color: **Blue**





| Color | Blue |
| --- | --- |
| **Brand** | UIXE |
| **Size** | 1PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 30 inches |


🏛 **Style**
Modern

🔧 **Assembly Required**
Yes

$**179**⁹⁹

FREE delivery **February 20 - 25**. Details

Deliver to Calfee - Chicago 60604

**Only 13 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from   ZZD
Sold by      ZZD
Returns      30-day refund/replacement
Payment      Secure transaction
∨ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored



## About this item

- 360-DEGREE SWIVEL BISTRO CHAIR- The fully rotating design allows you to easily turn away from or face the sun without having to move the entire chair. The swivel rocker patio bistro chair

ASIN

B0DQSL8XNX

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 224 of 332 PageID #:224

2/14/25, 12:10 AM          Amazon.com: UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion,…

Deliver to Calfee    All ▾   Search Amazon
Chicago 60604

EN ▾   Hello, Alfred     Returns      **0**
       Account & Lists ▾  & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

## UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion, Outdoor Rocking Sofa Furniture for Porch, Pool, Deck, Garden - Blue

Visit the UIXE Store

5.0                    1 rating

### $189⁹⁹

Or **$19.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $89.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| **1PIECE** | **3PIECE** |
|---|---|
| $189.99 | $349.99 ($116.66 / Count) |

Color: **Blue**

  



| **Brand** | UIXE |
|---|---|
| **Color** | Blue |
| **Size** | 1PIECE |
| **Back Style** | Cushion Back |
| **Special Feature** | Cushion Availability |

 **Material** Rattan           **Frame Material** Metal

 **Seat Material Type** Foam           **Maximum Weight Recommendation** 400 Pounds

### About this item

- GLIDER ROCKING, MORE RELAXING - This patio swivel chair features a soft rocking design that swings back and forth slightly. Immerse yourself in the cosy silence of your porch and enjoy the ultimate relaxation.
- 360 DEGREE PATIO SWIVEL CHAIR - The outdoor swivel rocking chair have a circular metal base, that allows 360° all-round rotation, rotating in any direction as you needed. Full

### $189⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In stock**

Usually ships within 2 to 3 days.

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

ASIN

B0CWNSBX42

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 226 of 332 PageID #:226

2/14/25, 12:11 AM          Amazon.com: UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation S…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

## UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Beige

Visit the UIXE Store

4.8              9 ratings

### $169⁹⁹

Or **$17.08** /mo (12 mo). Select from 1 plan

**Pay $28.33/month for 6 months, interest-free upon approval for Prime Visa**

Size: **1PIECE**



| 1PIECE | 2PIECE | 3PIECE |
|---|---|---|
| $169.99 | $359.99 | $349.99 |

| 4PIECE | 5PIECE | 6PIECE |
|---|---|---|
| $699.99 | $599.99 | $899.99 |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| $899.99 | $699.99 | $799.99 |

| 9PIECE |
|---|
| $949.99 |

Color: **Beige**



| Color | Beige |
|---|---|
| **Brand** | UIXE |
| **Size** | 1PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 32 inches |

🏛 **Style**
Modern

🖌 **Assembly Required**
Yes

## About this item

- 360-DEGREE SWIVEL BISTRO CHAIR- The fully rotating design allows you to easily turn away from or face the sun without having to move the entire chair. The swivel rocker patio bistro chair have a circular metal base, that allows 360 degree all-round rotation, rotating in any direction as you needed. Bring your family and friends more comfortable leisure experience.

### $169⁹⁹

FREE delivery February 20 - 25.
Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

[ Add to Registry & Gifting ]

Sponsored

# ASIN

# B0DQSQD1NQ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 228 of 332 PageID #:228

2/14/25, 12:13 AM          Amazon.com: UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion,…

Deliver to Calfee
Chicago 60604   All ▾   Search Amazon                                    EN ▾   Hello, Alfred    Returns    **0**
                                                                                Account & Lists ▾   & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

## UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion, Outdoor Rocking Sofa Furniture for Porch, Pool, Deck, Garden - Beige

Visit the UIXE Store
5.0          1 rating

### $189⁹⁹

Or **$19.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $89.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| **1PIECE** | **3PIECE** |
|---|---|
| $189.99 | $349.99 ($116.66 / Count) |

Color: **Beige**

  







| **Brand** | UIXE |
|---|---|
| **Color** | Beige |
| **Size** | 1PIECE |
| **Back Style** | Cushion Back |
| **Special Feature** | Cushion Availability |

**Material**
Rattan

**Seat Material Type**
Foam

**Maximum Weight Recommendation**
400 Pounds

**Style**
Contemporary

### About this item

- GLIDER ROCKING, MORE RELAXING - This patio swivel chair features a soft rocking design that swings back and forth slightly. Immerse yourself in the cosy silence of your porch and enjoy the ultimate relaxation.
- 360 DEGREE PATIO SWIVEL CHAIR - The outdoor swivel rocking chair have a circular metal base, that allows 360° all-round rotation, rotating in any direction as you needed. Full rotation patio chairs allow you to face or leave the sun easily.

### $189⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In stock**
Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |

Customer service  Amazon
∨ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0CWNTQBGJ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 231 of 332 PageID #:231

2/14/25, 12:14 AM        Amazon.com: UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation S…



Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

## UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Dark Gray

Visit the UIXE Store

4.8          9 ratings

### $189⁹⁹

Or **$19.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $89.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| | | |
|---|---|---|
| **1PIECE** $189.99 | 2PIECE $369.99 | 3PIECE $349.99 |
| 4PIECE $699.99 | 5PIECE $649.99 | 6PIECE $949.99 |
| 8PIECE-A $899.99 | 8PIECE-B $699.99 | 9PIECE-A $799.99 |
| 9PIECE $949.99 | | |

Color: **Dark Gray**





| | |
|---|---|
| **Color** | Dark Gray |
| **Brand** | UIXE |
| **Size** | 1PIECE |
| **Shape** | Rectangular |
| **Item dimensions L x W x H** | 33 x 30 x 39 inches |

 **Style** Modern

 **Assembly Required** Yes

## About this item

- 360-DEGREE SWIVEL BISTRO CHAIR- The fully rotating design allows you to easily turn away from or face the sun without having to move the entire chair. The swivel rocker patio bistro chair have a circular metal base, that allows 360



### $189⁹⁹

**FREE delivery February 20 - 25.**
**Details**

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DQSK5NVR

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 233 of 332 PageID #:233

2/14/25, 12:17 AM          Amazon.com: UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion,...

Deliver to Calfee
Chicago 60604   All ▾   Search Amazon

EN ▾   Hello, Alfred
Account & Lists ▾   Returns
& Orders   **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

# UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion, Outdoor Rocking Sofa Furniture for Porch, Pool, Deck, Garden - Dark Gray

Visit the UIXE Store
5.0                    1 rating

## $189⁹⁹

Or **$19.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $89.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| **1PIECE** | **3PIECE** |
|---|---|
| $189.99 | $349.99 ($116.66 / Count) |

Color: **Dark Gray**

  

 

| **Brand** | UIXE |
|---|---|
| **Color** | Dark Gray |
| **Size** | 1PIECE |
| **Back Style** | Cushion Back |
| **Special Feature** | Cushion Availability |

 **Material**
Rattan

**Seat Material Type**
Foam

**Maximum Weight Recommendation**
400 Pounds

**Style**
Contemporary

## About this item

- GLIDER ROCKING, MORE RELAXING - This patio swivel chair features a soft rocking design that swings back and forth slightly. Immerse yourself in the cosy silence of your porch and enjoy the ultimate relaxation.
- 360 DEGREE PATIO SWIVEL CHAIR - The outdoor swivel rocking chair have a circular metal base, that allows 360° all-round rotation, rotating in any direction as you needed. Full

## $189⁹⁹

FREE delivery **February 21 - 26.**
Details

Deliver to Calfee - Chicago 60604

**In stock**
Usually ships within 2 to 3 days.

Quantity: 1

| Add to Cart |
|---|

| Buy Now |
|---|

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |

Customer service   Amazon

˅ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting

Sponsored

# ASIN
# B0CWNTKVDM

2/14/25, 12:20 AM          Amazon.com: UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation S…

Deliver to Calfee
Chicago 60604    All ▾   Search Amazon

EN ▾   Hello, Calfee     Returns    **0**
       Account & Lists ▾   & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

## UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Red

Visit the UIXE Store
4.8          9 ratings

$179⁹⁹

Or **$18.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $79.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| 1PIECE | 2PIECE | 3PIECE |
|---|---|---|
| $179.99 | $369.99 | $349.99 |

| 4PIECE | 5PIECE | 6PIECE |
|---|---|---|
| $699.99 | $649.99 | $949.99 |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| See available options | See available options | See available options |

**9PIECE**
See available options

Color: **Red**

Color        Red
Brand        UIXE
Size         1PIECE
Shape        Rectangular
Item dimensions L x W x H   33 x 30 x 39 inches

Style
Modern

Assembly Required
Yes

**About this item**

$179⁹⁹

FREE delivery February 20 - 25.
Details

Deliver to Calfee - Chicago 60604

**Only 14 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from   ZZD
Sold by      ZZD
Returns      30-day refund/replacement
Payment      Secure transaction
▾ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN

# B0DQSQGPGG

2/14/25, 12:26 AM        Amazon.com: UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion,…

Deliver to Calfee
Chicago 60604        All ▾    Search Amazon                                    EN ▾    Hello, Allen       Returns       0
                                                                                      Account & Lists ▾   & Orders

All    **Rufus**    Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

## UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion, Outdoor Rocking Sofa Furniture for Porch, Pool, Deck, Garden - Red

Visit the UIXE Store
5.0          1 rating

### $189.99

Or **$19.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $89.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| 1PIECE | 3PIECE |
|---|---|
| $189.99 | $549.99 ($116.66 / Count) |

Color: **Red**

   

 

| Brand | UIXE |
|---|---|
| Color | Red |
| Size | 1PIECE |
| Back Style | Cushion Back |
| Unit Count | 1.0 Count |

 **Material** Rattan    **Maximum Weight Recommendation** 400 Pounds

### About this item

- GLIDER ROCKING, MORE RELAXING - This patio swivel chair features a soft rocking design that swings back and forth slightly. Immerse yourself in the cosy silence of your porch and enjoy the ultimate relaxation.
- 360 DEGREE PATIO SWIVEL CHAIR - The outdoor swivel rocking chair have a circular metal base, that allows 360° all-round rotation, rotating in any direction as you needed. Full rotation patio chairs allow you to face or leave the sun easily.
- LARGE SUPPORT, GREAT COMFORT - The ergonomic high backrest, 25-inch seat depth

### $189.99

FREE delivery **February 21 - 26.** Details

Deliver to Calfee - Chicago 60604

**In stock**
Usually ships within 2 to 3 days.

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |

Customer service   Amazon
▼ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

[ Add to List ]

[ Add to Baby Registry ]

[ Add to Registry & Gifting ]

Sponsored

ASIN

B0CWNV42WY

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 240 of 332 PageID #:240

2/14/25, 12:27 AM          Amazon.com: UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation S...

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon

EN ▾    Hello, Alfred    Returns     0
        Account & Lists ▾    & Orders

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Groceries ▾    Prime Video    Best Sellers    Keep Shopping For    Buy Again    Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

## UIXE 360 Degree Outdoor Swivel Rocking Chair, Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Teal Blue

Visit the UIXE Store

4.8          9 ratings

### $199⁹⁹

Or **$20.10** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $99.99 upon approval for Prime Visa. No annual fee.

Size: **1PIECE**

| **1PIECE** $199.99 | **2PIECE** $399.99 ($200.00 / Count) | **4PIECE** $749.99 |
|---|---|---|
| **3PIECE** See available options | **5PIECE** See available options | **6PIECE** See available options |
| **8PIECE-A** See available options | **8PIECE-B** See available options | **9PIECE-A** See available options |
| **9PIECE** See available options | | |

Color: **Teal Blue**

  

 

| **Brand** | UIXE |
|---|---|
| **Color** | Teal Blue |
| **Product Dimensions** | 33"D x 30"W x 39"H |
| **Size** | 1PIECE |
| **Back Style** | Cushion Back |

 **Material** Metal

**Frame Material** Metal, PE Rattan

 **Seat Material Type** Foam

**Maximum Weight Recommendation** 350 Pounds

### $199⁹⁹

FREE delivery **February 20 - 25**. Details

Deliver to Calfee - Chicago 60604

**Only 5 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from    ZZD
Sold by      ZZD
Returns      30-day refund/replacement
Payment      Secure transaction
▾ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting



Sponsored

# ASIN

# B0DQSK7MDB

2/14/25, 12:28 AM      Amazon.com: UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion,...

Deliver to Calfee       All ▾   Search Amazon                                   EN ▾   Hello, Alfred        Returns        0
Chicago 60604                                                                           Account & Lists ▾   & Orders

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Groceries ▾    Prime Video    Best Sellers    Keep Shopping For    Buy Again    Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

# UIXE Single Patio Swivel Rocker Chair Outdoor Bistro Set, PE Wicker Patio Swivel Glider Chair with Thick Cushion, Outdoor Rocking Sofa Furniture for Porch, Pool, Deck, Garden - Teal Blue

Visit the UIXE Store

5.0                1 rating

## $189^{99}$

Or **$19.09** /mo (12 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100
Gift Card: Pay $89.99 upon approval for Prime Visa.
No annual fee.

Size: **1PIECE**

| **1PIECE** | **3PIECE** |
|---|---|
| $189.99 | See available options |

Color: **Teal Blue**

   

 

| **Brand** | UIXE |
|---|---|
| **Color** | Teal Blue |
| **Size** | 1PIECE |
| **Back Style** | Cushion Back |
| **Unit Count** | 1.0 Count |

**Material** Rattan

**Maximum Weight Recommendation** 400 Pounds

## About this item

- GLIDER ROCKING, MORE RELAXING - This patio swivel chair features a soft rocking design that swings back and forth slightly. Immerse yourself in the cosy silence of your porch and enjoy the ultimate relaxation.
- 360 DEGREE PATIO SWIVEL CHAIR - The outdoor swivel rocking chair have a circular metal base, that allows 360° all-round rotation, rotating in any direction as you needed. Full rotation patio chairs allow you to face or leave the sun easily.

## $189^{99}$

FREE delivery February 21 - 26.
**Details**

Deliver to Calfee - Chicago 60604

**In stock**
Usually ships within 2 to 3 days.

Quantity: 1

| Add to Cart |
|---|

| Buy Now |
|---|

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect:
One plan covers all eligible
past and future purchases
(Renews Monthly Until
Cancelled) for
$16.99/month

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting

Sponsored

# ASIN

# B0CWNVR26Q

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 244 of 332 PageID #:244

2/14/25, 12:30 AM          Amazon.com: UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conv…

Deliver to Calfee
Chicago 60604     All ▾   Search Amazon

EN ▾   Account & Lists ▾   & Orders   **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs

Sponsored



Roll over image to zoom in

# UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Navy Blue

Visit the UIXE Store
4.8          9 ratings

$359⁹⁹

Or **$26.18** /mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $259.99 $359.99 upon approval for Prime Visa.**

Size: **2PIECE**

| 2PIECE | 1PIECE | 3PIECE |
|---|---|---|
| $359.99 | $179.99 | $339.99 |

| 4PIECE | 5PIECE | 6PIECE |
|---|---|---|
| $659.99 ~~$699.99~~ | $599.99 | $899.99 |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| $899.99 | $699.99 | $799.99 |

| 9PIECE | | |
|---|---|---|
| $949.99 | | |

Color: **Blue**



| Color | Blue |
|---|---|
| Brand | UIXE |
| Size | 2PIECE |
| Shape | Rectangular |
| Item Depth | 30 inches |

🏛 **Style**
Modern

✎ **Assembly Required**
Yes

### About this item
- 360-DEGREE SWIVEL BISTRO CHAIR- The fully rotating design allows you to easily turn away

$359⁹⁹

FREE delivery **February 20 - 25.**
Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

# ASIN
# B0CWNVZWNK

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 246 of 332 PageID #:246

2/14/25, 12:32 AM          Amazon.com: UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conv…

Deliver to Calfee
Chicago 60604    All ▾    Search Amazon

Hello, Alfred    Returns    **0**
EN ▾    Account & Lists ▾    & Orders

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Groceries ▾    Prime Video    Best Sellers    Keep Shopping For    Buy Again    Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

# UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Beige

Visit the UIXE Store

4.8          9 ratings

$359⁹⁹

Or **$26.18** /mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $259.99 $359.99 upon approval for Prime Visa.**

Size: **2PIECE**

| | | |
|---|---|---|
| **2PIECE**<br>$359.99 | **1PIECE**<br>$169.99 | **3PIECE**<br>$349.99 |
| **4PIECE**<br>$699.99 | **5PIECE**<br>$599.99 | **6PIECE**<br>$899.99 |
| **8PIECE-A**<br>$899.99 | **8PIECE-B**<br>$699.99 | **9PIECE-A**<br>$799.99 |
| **9PIECE**<br>$949.99 | | |

Color: **Beige**





| | |
|---|---|
| **Color** | Beige |
| **Brand** | UIXE |
| **Size** | 2PIECE |
| **Shape** | Rectangular |
| **Item dimensions L x W x H** | 33 x 30 x 39 inches |

🏛 **Style**
Modern

 **Assembly Required**
Yes

### About this item

- 360-DEGREE SWIVEL BISTRO CHAIR- The fully rotating design allows you to easily turn away from or face the sun without having to move the entire chair. The swivel rocker patio bistro chair

Sponsored

$359⁹⁹

FREE delivery **February 20 - 25**.
Details

Deliver to Calfee - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | ZZD |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored



ASIN

B0CWNTM8SP

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 248 of 332 PageID #:248

2/14/25, 12:33 AM          Amazon.com: UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conv…

Deliver to Calfee
Chicago 60604      All ▾   Search Amazon

EN ▾    Hello, Alfred        Returns        **0**
        Account & Lists ▾   & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

# UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Dark Gray

Visit the UIXE Store
4.8                    9 ratings

## $369⁹⁹

Or **$26.91** /mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $269.99 $369.99 upon approval for Prime Visa.**

Size: **2PIECE**

| 2PIECE | 1PIECE | 3PIECE |
|---|---|---|
| $369.99 | $189.99 | $349.99 |
| 4PIECE | 5PIECE | 6PIECE |
| $699.99 | $649.99 | $949.99 |
| 8PIECE-A | 8PIECE-B | 9PIECE-A |
| $899.99 | $699.99 | $799.99 |
| 9PIECE | | |
| $949.99 | | |

Color: **Dark Gray**





| Color | Dark Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 2PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 30 inches |

🏛 Style          ✏ Assembly
   Modern              Required
                       Yes

## About this item

- 360-DEGREE SWIVEL BISTRO CHAIR- The fully rotating design allows you to easily turn away from or face the sun without having to move the entire chair. The swivel rocker patio bistro chair have a circular metal base, that allows 360 degree all-round rotation, rotating in any

## $369⁹⁹

FREE delivery **February 20 - 25**.
Details

    Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

|  Add to Cart  |
|---|

|  Buy Now  |
|---|

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect:
  One plan covers all eligible
  past and future purchases
  (Renews Monthly Until
  Cancelled) for
  **$16.99/month**

|  Add to List  |
|---|

|  Add to Baby Registry  |
|---|

Add to Registry & Gifting

Sponsored

# ASIN

# B0CWNWKSCH

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 250 of 332 PageID #:250

2/14/25, 12:34 AM          Amazon.com: UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conv…

Deliver to Calfee          All ▾    Search Amazon                                          EN ▾    Hello, Alfred          Returns        0
Chicago 60604                                                                                      Account & Lists ▾    & Orders

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Groceries ▾    Prime Video    Best Sellers    Keep Shopping For    Buy Again    Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Seating › Chairs › Rocking Chairs



Roll over image to zoom in

## UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Red

Visit the UIXE Store

4.8              9 ratings

### $369⁹⁹

Or **$26.91** /mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $269.99 $369.99 upon approval for Prime Visa.**

Size: **2PIECE**

| 2PIECE | 1PIECE | 3PIECE |
|---|---|---|
| $369.99 | $179.99 | $349.99 |

| 4PIECE | 5PIECE | 6PIECE |
|---|---|---|
| $699.99 | $649.99 | $949.99 |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| See available options | See available options | See available options |

9PIECE
See available options

Color: **Red**

Color       Red
**Brand**       UIXE
**Size**        2PIECE
**Shape**       Rectangular
**Item dimensions L x W x H**   33 x 30 x 39 inches

🏛 **Style**
   Modern

✏ **Assembly Required**
   Yes

---

### $369⁹⁹

FREE delivery **February 20 - 25**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

Ships from    ZZD
Sold by       ZZD
Returns       30-day refund/replacement
Payment       Secure transaction
⌄ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect:
   One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

Sponsored

# ASIN
# B0CWNWVVMQ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 253 of 332 PageID #:253

2/14/25, 12:35 AM      Amazon.com: UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conv…

Deliver to Calfee
Chicago 60604   All ▾   Search Amazon

EN ▾   Help, Alfred   Returns   **0**
Account & Lists ▾   & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

## UIXE Outdoor Swivel Rocking Chairs Set of 2, 360-Degree Wicker Patio Furniture Bistro Chair Glider Seating Conversation Set with Thick Cushion for Backyard,Deck,Porch,Balcony, Teal Blue

Visit the UIXE Store

4.8          9 ratings

$399⁹⁹ ($200.00 / Count)

Or **$29.09** /mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $299.99 $399.99 upon approval for Prime Visa.**

Size: **2PIECE**

| **2PIECE** | **1PIECE** | **4PIECE** |
|---|---|---|
| $399.99 ($200.00 / Count) | $199.99 | $749.99 |

| **3PIECE** | **5PIECE** | **6PIECE** |
|---|---|---|
| See available options | See available options | See available options |

| **8PIECE-A** | **8PIECE-B** | **9PIECE-A** |
|---|---|---|
| See available options | See available options | See available options |

| **9PIECE** | | |
|---|---|---|
| See available options | | |

Color: **Teal Blue**



 

 

| **Brand** | UIXE |
|---|---|
| **Color** | Teal Blue |
| **Product Dimensions** | 33"D x 30"W x 39"H |
| **Size** | 2PIECE |
| **Back Style** | Cushion Back |

🗹 **Material**
Polyethylene, Rattan, Resin

▢ **Frame Material**
Metal, PE Rattan

🪑 **Seat Material Type**
Foam

⬆ **Maximum Weight**

$399⁹⁹ ($200.00 / Count)

FREE delivery **February 20 - 25**. Details

Deliver to Calfee - Chicago 60604

**Only 7 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0CWNXJFMJ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 255 of 332 PageID #:255

2/14/25, 12:36 AM       Amazon.com: UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Roc...



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

## UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Navy Blue

Visit the UIXE Store

4.8          9 ratings

$339⁹⁹

Or $24.72 /mo (18 mo). Select from 1 plan

**Thank you for being a Prime member. Get $100 off: Pay $239.99 $339.99 upon approval for Prime Visa.**

Size: **3PIECE**

| | | |
|---|---|---|
| **3PIECE** $339.99 | **1PIECE** $179.99 | **2PIECE** $359.99 |
| **4PIECE** $659.99 ~~$699.99~~ | **5PIECE** $599.99 | **6PIECE** $899.99 |
| **8PIECE-A** $899.99 | **8PIECE-B** $699.99 | **9PIECE-A** $799.99 |
| **9PIECE** $949.99 | | |

Color: **Blue**

| | |
|---|---|
| Color | Blue |
| Brand | UIXE |
| Size | 3PIECE |
| Shape | Rectangular |
| Item Depth | 20.5 inches |

**Style** Modern          **Assembly Required** Yes

### About this item

- 360-DEGREE SWIVEL BISTRO CHAIR- The fully rotating design allows you to easily turn away

$339⁹⁹

FREE delivery **February 20 - 25**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

**Add to List**

**Add to Baby Registry**

Add to Registry & Gifting

# ASIN
# B0DFLRYJ2S

2/14/25, 10:50 AM        Amazon.com: UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bi…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Bistro Sets

Sponsored



Roll over image to zoom in



**Ask Rufus**

Are cushions easy to clean and maintain?

Does swivel mechanism allow 360 degree rotation?

How durable is its construction in outdoor conditions?

Ask something else

## UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bistro Set with Side Table & Thick Cushions for Porch, Pool, Deck, Garden - Navy Blue

Visit the UIXE Store

5.0            1 rating

$349⁹⁹ ($116.66 / Count)

Or **$25.45** /mo (18 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $249.99 upon approval for Prime Visa.

Size: **3PIECE**

| 3PIECE | 1PIECE |
|---|---|
| $349.99 ($116.66 / Count) | $189.99 |

Color: **Blue**



### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Materials & Care | Measurements |
|---|---|

| Features & Specs |
|---|

| **Brand** | UIXE |
|---|---|
| **Color** | Blue |
| **Product Dimensions** | 32"D x 30"W x 39"H |
| **Size** | 3PIECE |
| **Back Style** | Cushion Back |

**Material** Rattan          **Frame Material** Metal

**Seat Material Type** Foam          **Maximum Weight Recommendation** 400 Pounds



$349⁹⁹ ($116.66 / Count)

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

https://www.amazon.com/UIXE-Outdoor-Swivel-Furniture-Cushions/dp/B0DFLRYJ2S/ref=sr_1_10?dib=eyJ2IjoiMSJ9.xzmWhcVS27TJP2ISQM66XLb3…        1/7

ASIN

B0DCN756JH

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 259 of 332 PageID #:259

2/14/25, 10:54 AM
Amazon.com: UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bi...



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Bistro Sets



Roll over image to zoom in



**Ask Rufus**

Are cushions easy to clean and maintain?

Does swivel mechanism allow 360 degree rotation?

How durable is its construction in outdoor conditions?

Ask something else

## UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bistro Set with Side Table & Thick Cushions for Porch, Pool, Deck, Garden - Beige

Visit the UIXE Store

5.0          1 rating

$**349**⁹⁹ ($116.66 / Count)

Or **$25.45** /mo (18 mo). Select from 1 plan

Did you know? There's no annual fee for Prime Visa. **Get a $100 Amazon Gift Card instantly upon approval.** Learn more

Size: **3PIECE**

| **3PIECE** | **1PIECE** |
| --- | --- |
| $349.99 ($116.66 / Count) | $189.99 |

Color: **Beige**



### Product details

| Top highlights | Item details | Style |
| --- | --- | --- |

| Materials & Care | Measurements |
| --- | --- |

| Features & Specs |
| --- |

| **Brand** | UIXE |
| --- | --- |
| **Color** | Beige |
| **Product Dimensions** | 32"D x 30"W x 39"H |
| **Size** | 3PIECE |
| **Back Style** | Cushion Back |



**Material** Rattan

**Frame Material** Rattan

**Item Weight** 85 Pounds

**Seat Material Type** Faux Leather

**About this item**

---

$**349**⁹⁹ ($116.66 / Count)

FREE delivery **February 21 - 26.** Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
| --- | --- |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

ASIN

B0CWNTGGWW

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 262 of 332 PageID #:262

2/14/25, 10:56 AM          Amazon.com: UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Roc…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**Ask Rufus**

Are cushions included with the chairs?

How easy is it to assemble?

Are the chairs suitable for outdoor use?          Ask something else

## UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Dark Gray

Visit the UIXE Store

4.8          9 ratings

**$349⁹⁹**

Or **$25.45** /mo (18 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $249.99 upon approval for Prime Visa.

Size: **3PIECE**

| 3PIECE | 1PIECE | 2PIECE |
|---|---|---|
| $349.99 | $189.99 | $369.99 |

| 4PIECE | 5PIECE | 6PIECE |
|---|---|---|
| $699.99 | $649.99 | $949.99 |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| $899.99 | $699.99 | $799.99 |

| 9PIECE | | |
|---|---|---|
| $949.99 | | |

Color: **Dark Gray**



## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| Color | Dark Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 3PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 33 inches |



**$349⁹⁹**

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

ASIN

B0DCNFV7TD

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 264 of 332 PageID #:264

2/14/25, 10:57 AM
Amazon.com: UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bi...



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Bistro Sets

Sponsored



Roll over image to zoom in



## Ask Rufus

Are cushions easy to clean and maintain?

Does swivel mechanism allow 360 degree rotation?

How durable is its construction in outdoor conditions?

Ask something else

# UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bistro Set with Side Table & Thick Cushions for Porch, Pool, Deck, Garden - Dark Gray

Visit the UIXE Store

5.0          1 rating

$349⁹⁹ ($116.66 / Count)

Or **$25.45** /mo (18 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $249.99 upon approval for Prime Visa.

Size: **3PIECE**

| 3PIECE | 1PIECE |
|---|---|
| $349.99 ($116.66 / Count) | $189.99 |

Color: **Dark Gray**



## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Materials & Care | Measurements |
|---|---|

| Features & Specs |
|---|

| **Brand** | UIXE |
|---|---|
| **Color** | Dark Gray |
| **Product Dimensions** | 32"D x 30"W x 39"H |
| **Size** | 3PIECE |
| **Back Style** | Cushion Back |

**Material** Rattan

**Item Weight** 85 Pounds

**Frame Material** Rattan

**Seat Material Type** Foam

**About this item**

$349⁹⁹ ($116.66 / Count)

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

## In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |

Customer service  Amazon

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0CWNVTQJM

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 266 of 332 PageID #:266

2/14/25, 11:00 AM        Amazon.com: UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Roc…



Deliver to Calfee
Chicago 60604   All  ▾   Search Amazon

EN ▾   Hello, Alfred   Returns
Account & Lists ▾   & Orders   **0**

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

**Ask Rufus**

Are cushions included with the chairs?

How easy is it to assemble?

Are the chairs suitable for outdoor use?   Ask something else

## UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Light Gray

Visit the UIXE Store

4.8       9 ratings

$349⁹⁹

Or **$25.45** /mo (18 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $249.99 upon approval for Prime Visa.

Size: **3PIECE**



| 3PIECE | 5PIECE | 6PIECE |
|---|---|---|
| $349.99 | $599.99 | $899.99 |

| 1PIECE | 2PIECE | 4PIECE |
|---|---|---|
| See available options | See available options | See available options |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| See available options | See available options | See available options |

9PIECE
See available options

Color: **Light Gray**

**Product details**

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

Materials & Care

| Color | Light Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 3PIECE |



$349⁹⁹

FREE delivery **February 21 – 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

▾ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN
B0DCNM461P

2/14/25, 11:02 AM        Amazon.com: UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bis…



Deliver to Calfee    All ▾   Search Amazon
Chicago 60604

EN ▾   Hello, Alfred          Returns      **0**
       Account & Lists ▾   & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Bistro Sets



Roll over image to zoom in

### Ask Rufus

Are cushions easy to clean and maintain?

Does swivel mechanism allow 360 degree rotation?

How durable is its construction in outdoor conditions?

Ask something else

# UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bistro Set with Side Table & Thick Cushions for Porch, Pool, Deck, Garden - Light Gray

Visit the UIXE Store

5.0                    1 rating

**$329⁹⁹** ($110.00 / Count)

Or **$24.00** /mo (18 mo). Select from 1 plan

Get a $100 Amazon Gift Card instantly upon approval for Prime Visa. No annual fee.

Size: **3PIECE**

| **3PIECE** | **1PIECE** |
|---|---|
| $329.99 ($110.00 / Count) | See available options |

Color: **Light Gray**



## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Materials & Care | Measurements |
|---|---|

| Features & Specs |
|---|

**Brand**           UIXE

**Color**           Light Gray

**Product Dimensions**   32"D x 30"W x 39"H

**Size**            3PIECE

**Back Style**      Cushion Back



| **Material** Rattan | **Item Weight** 85 Pounds |
|---|---|
| **Frame Material** Metal | **Seat Material Type** Foam |

### About this item

- GLIDER ROCKING, MORE RELAXING - This patio swivel rocking chair features a soft rocking design that

---

**$329⁹⁹** ($110.00 / Count)

**FREE delivery February 21 - 26.**
Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

| Add to Cart |
|---|

| Buy Now |
|---|

Ships from    ZZD
Sold by       ZZD
Returns       30-day refund/replacement

Customer service   Amazon

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting

Sponsored

ASIN

B0DS2C8JQR

2/14/25, 11:03 AM      Amazon.com: UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs, PE Rattan Patio Rocker Chair ...



**0**

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in



### Ask Rufus

Are cushions removable and machine washable?

Does it require assembly and how long does it take?

Is the swivel mechanism smooth and stable?    Ask something else

## UIXE 3 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs, PE Rattan Patio Rocker Chair Glider Seating Conversation Set with Side Table & Thick Cushions, Red

Visit the UIXE Store
4.8          9 ratings

### $349⁹⁹

Or **$25.45** /mo (18 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $249.99 upon approval for Prime Visa.

Size: **3PIECE**

| | | |
|---|---|---|
| **3PIECE** $349.99 | **1PIECE** $179.99 | **2PIECE** $369.99 |
| **4PIECE** $699.99 | **5PIECE** $649.99 | **6PIECE** $949.99 |
| **8PIECE-A** See available options | **8PIECE-B** See available options | **9PIECE-A** See available options |
| **9PIECE** See available options | | |

Color: **Red**



## Product details

| Top highlights | Item details | Style |
|---|---|---|
| Measurements | User guide | |

| | |
|---|---|
| **Color** | Red |
| **Brand** | UIXE |
| **Size** | 3PIECE |
| **Shape** | Rectangular |
| **Manufacturer** | UIXE |

### $349⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

| Add to Cart |
|---|

| Buy Now |
|---|

| | |
|---|---|
| Ships from | ZZD |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting



Sponsored

# ASIN
# B0DCNHDYDQ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 272 of 332 PageID #:272

2/14/25, 11:05 AM     Amazon.com: UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bis…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Bistro Sets



Roll over image to zoom in

**Ask Rufus**

Are cushions easy to clean and maintain?

Does swivel mechanism allow 360 degree rotation?

How durable is its construction in outdoor conditions?

Ask something else

## UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture Sets, PE Wicker Patio Swivel Rocker Chair Glider Bistro Set with Side Table & Thick Cushions for Porch, Pool, Deck, Garden - Red

Visit the UIXE Store

5.0       1 rating

$349⁹⁹ ($116.66 / Count)

Or **$25.45** /mo (18 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $249.99 upon approval for Prime Visa.

Size: **3PIECE**

| 3PIECE | 1PIECE |
|---|---|
| $349.99 ($116.66 / Count) | $189.99 |

Color: **Red**



### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Materials & Care | Measurements |
|---|---|

| Features & Specs |
|---|

**Brand**    UIXE

**Color**    Red

**Product Dimensions**    32"D x 30"W x 39"H

**Size**    3PIECE

**Back Style**    Cushion Back

**Material**    Rattan

**Frame Material**    Metal

**Item Weight**    85 Pounds

**Seat Material Type**    Foam

**About this item**



$349⁹⁹ ($116.66 / Count)

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

ASIN

B0CWNX6WPC

Deliver to Calfee Chicago 60604 All Search Amazon EN Hello, Alfred Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Medical Care Groceries Prime Video Best Sellers Keep Shopping For Buy Again Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Roll over image to zoom in

# UIXE 4 Pieces Outdoor Patio Furniture Bistro Sets, 360° Swivel Rocking Chairs PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Navy Blue

Visit the UIXE Store

4.8 9 ratings

-6% $659.99

Typical price: ~~$699.99~~

Or **$38.97** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $559.99 upon approval for Prime Visa.

Size: **4PIECE**

| | | |
|---|---|---|
| 4PIECE $659.99 ~~$699.99~~ | 1PIECE $179.99 | 2PIECE $359.99 |
| 3PIECE $339.99 | 5PIECE $599.99 | 6PIECE $899.99 |
| 8PIECE-A $899.99 | 8PIECE-B $699.99 | 9PIECE-A $799.99 |
| 9PIECE $949.99 | | |

Color: **Blue**

$659.99

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from ZZD
Sold by ZZD
Returns 30-day refund/replacement
Payment Secure transaction

See more

**Add a Protection Plan:**

Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

**Ask Rufus**

Are cushions included with the chairs?

Do chairs require assembly and is it difficult?

How durable are the rattan and steel frames?

Ask something else

## Product details

Top highlights | Item details | Style | Measurements | User guide | Materials & Care

Sponsored

| | |
|---|---|
| **Color** | Blue |
| **Brand** | UIXE |
| **Size** | 4PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 30 |



# ASIN
# B0CWNSL6DH

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 276 of 332 PageID #:276

2/14/25, 11:07 AM                    Amazon.com: UIXE 4 Pieces Outdoor Patio Furniture Bistro Sets, 360° Swivel Rocking Chairs PE Rattan Rocker Chair Glider Sea…



# ASIN
# B0CWNXM7R5

Deliver to Calfee Chicago 60604 | All | Search Amazon | EN | Hello, Alfred Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Medical Care | Groceries | Prime Video | Best Sellers | Keep Shopping For | Buy Again | Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Roll over image to zoom in

# UIXE 4 Pieces Outdoor Patio Furniture Bistro Sets, 360° Swivel Rocking Chairs PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Dark Gray

Visit the UIXE Store

4.8 9 ratings

$699.99

Or **$41.34** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $599.99 upon approval for Prime Visa.

Size: **4PIECE**

| | | |
|---|---|---|
| **4PIECE** $699.99 | **1PIECE** $189.99 | **2PIECE** $369.99 |
| **3PIECE** $349.99 | **5PIECE** $649.99 | **6PIECE** $949.99 |
| **8PIECE-A** $899.99 | **8PIECE-B** $699.99 | **9PIECE-A** $799.99 |
| **9PIECE** $949.99 | | |

Color: **Dark Gray**

$699.99

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from ZZD
Sold by ZZD
Returns 30-day refund/replacement
Payment Secure transaction

See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

## Product details

Top highlights | Item details | Style | Measurements | User guide | Materials & Care

Sponsored

| | |
|---|---|
| **Color** | Dark Gray |
| **Brand** | UIXE |
| **Size** | 4PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 30 |

**Style** Modern

**Assembly Required** Yes



ASIN

B0CWNWL2SL

Deliver to Calfee Chicago 60604 All Search Amazon EN Account & Lists & Orders 0

All Rufus Same-Day Delivery Medical Care Groceries Prime Video Best Sellers Keep Shopping For Buy Again Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Roll over image to zoom in

Ask Rufus

Are cushions included with the chairs?

Do chairs require assembly and is it difficult?

How durable is the rattan material? Ask something else

# UIXE 4 Pieces Outdoor Patio Furniture Bistro Sets, 360° Swivel Rocking Chairs PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Red

Visit the UIXE Store

4.8 9 ratings

$699.99

Or **$41.34** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $599.99 upon approval for Prime Visa.

Size: **4PIECE**

| | | |
|---|---|---|
| **4PIECE** $699.99 | **1PIECE** $179.99 | **2PIECE** $369.99 |
| **3PIECE** $349.99 | **5PIECE** $649.99 | **6PIECE** $949.99 |
| **8PIECE-A** See available options | **8PIECE-B** See available options | **9PIECE-A** See available options |
| **9PIECE** See available options | | |

Color: **Red**

$699.99

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 4 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from ZZD
Sold by ZZD
Returns 30-day refund/replacement
Payment Secure transaction

See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

## Product details

Top highlights | Item details | Style | Measurements | User guide | Materials & Care

Sponsored

| | |
|---|---|
| **Color** | Red |
| **Brand** | UIXE |
| **Size** | 4PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 30 |



ASIN

B0CWNT463R



Deliver to Calfee Chicago 60604 All Search Amazon EN Hello, Alfred Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Medical Care Groceries Prime Video Best Sellers Keep Shopping For Buy Again Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Roll over image to zoom in

Ask Rufus

Are cushions included with the chairs?

Do chairs require assembly and is it difficult?

How durable is the rattan material? Ask something else

# UIXE 4 Pieces Outdoor Patio Furniture Bistro Sets, 360° Swivel Rocking Chairs PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Teal Blue

Visit the UIXE Store

4.8 9 ratings

$749.99

Or **$44.29** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $649.99 upon approval for Prime Visa.

Size: **4PIECE**

| | | |
|---|---|---|
| **4PIECE** $749.99 | **1PIECE** $199.99 | **2PIECE** $399.99 ($200.00 / Count) |
| **3PIECE** See available options | **5PIECE** See available options | **6PIECE** See available options |
| **8PIECE-A** See available options | **8PIECE-B** See available options | **9PIECE-A** See available options |
| **9PIECE** See available options | | |

Color: **Teal Blue**

$749.99

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 2 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | ZZD |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

## Product details

Top highlights | Item details | Style | Measurements | User guide | Materials & Care

| | |
|---|---|
| **Color** | Teal Blue |
| **Brand** | UIXE |
| **Size** | 4PIECE |
| **Shape** | Rectangular |

ASIN

B0CWNTM4YY

Deliver to Calfee Chicago 60604 All Search Amazon EN Hello, Alfred Account & Lists Returns & Orders 0

All Rufus Same-Day Delivery Medical Care Groceries Prime Video Best Sellers Keep Shopping For Buy Again Today's Deals

Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Roll over image to zoom in

Ask Rufus

Are cushions included with the chairs?

How easy is it to assemble?

Are the chairs suitable for outdoor use? Ask something else

# UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Navy Blue

Visit the UIXE Store

4.8 9 ratings

$599.99

Or **$35.43** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $499.99 upon approval for Prime Visa.

Size: **5PIECE**

| | | |
|---|---|---|
| **5PIECE** $599.99 | **1PIECE** $179.99 | **2PIECE** $359.99 |
| **3PIECE** $339.99 | **4PIECE** $659.99 ~~$699.99~~ | **6PIECE** $899.99 |
| **8PIECE-A** $899.99 | **8PIECE-B** $699.99 | **9PIECE-A** $799.99 |
| **9PIECE** $949.99 | | |

Color: **Blue**

$599.99

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from ZZD
Sold by ZZD
Returns 30-day refund/replacement
Payment Secure transaction

See more

**Add a Protection Plan:**

Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

## Product details

Top highlights | Item details | Style | Measurements | User guide | Materials & Care

Sponsored

| | |
|---|---|
| **Color** | Blue |
| **Brand** | UIXE |
| **Size** | 5PIECE |
| **Shape** | Rectangular |



ASIN

B0CWN42JT2

1

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 287 of 332 PageID #:287

2/14/25, 11:14 AM    Amazon.com: UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Roc…

Deliver to Calfee    All ▾   Search Amazon
Chicago 60604

EN ▾   Hello, Alfred      Returns   **0**
Account & Lists ▾   & Orders

All   **Rufus**   Same-Day Delivery   Medical Care ▾   Groceries ▾   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

● **Ask Rufus**

Are cushions included with the chairs?

How easy is it to assemble?

Is the table top made of tempered glass?    Ask something else

## UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Beige

Visit the UIXE Store

4.8          9 ratings

### $599⁹⁹

Or **$35.43** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $499.99 upon approval for Prime Visa.

Size: **5PIECE**



| 5PIECE | 1PIECE | 2PIECE |
|--------|--------|--------|
| $599.99 | $169.99 | $359.99 |
| 3PIECE | 4PIECE | 6PIECE |
| $349.99 | $699.99 | $899.99 |
| 8PIECE-A | 8PIECE-B | 9PIECE-A |
| $899.99 | $699.99 | $799.99 |
| 9PIECE | | |
| $949.99 | | |

Color: **Beige**



## Product details

[ **Top highlights** ]   [ Item details ]   [ Style ]

[ Measurements ]   [ User guide ]

[ Materials & Care ]

| | |
|------|------|
| **Color** | Beige |
| **Brand** | UIXE |
| **Size** | 5PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 33 inches |

🏛 **Style**
Modern

✏ **Assembly Required**
Yes

### $599⁹⁹

FREE delivery **February 21 - 26.**
Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|------------|-----|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored



# ASIN

# B0CWNVR1FT

1

2/14/25, 11:15 AM     Amazon.com: UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Roc…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in



**Ask Rufus**

Are cushions included with the chairs?

How easy is it to assemble?

Are the chairs suitable for outdoor use?    Ask something else

## UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Dark Gray

Visit the UIXE Store

4.8        9 ratings

$649⁹⁹

Or **$38.38** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $549.99 upon approval for Prime Visa.

Size: **5PIECE**

| 5PIECE | 1PIECE | 2PIECE |
|--------|--------|--------|
| $649.99 | $189.99 | $369.99 |
| 3PIECE | 4PIECE | 6PIECE |
| $349.99 | $699.99 | $949.99 |
| 8PIECE-A | 8PIECE-B | 9PIECE-A |
| $899.99 | $699.99 | $799.99 |
| 9PIECE | | |
| $949.99 | | |

Color: **Dark Gray**



## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| Color | Dark Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 5PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 32 inches |



$649⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

## In Stock

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN
# B0CWNTHBLZ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 292 of 332 PageID #:292

2/14/25, 11:39 AM    Amazon.com: UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Roc...



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**Ask Rufus**

Are cushions included with the chairs?

How easy is it to assemble?

Are the chairs suitable for outdoor use?    Ask something else

## UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Light Gray

Visit the UIXE Store
4.8          9 ratings

### $599⁹⁹

Or **$35.43** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $499.99 upon approval for Prime Visa.

Size: **5PIECE**

| 5PIECE | 3PIECE | 6PIECE |
|---|---|---|
| $599.99 | $349.99 | $899.99 |

| 1PIECE | 2PIECE | 4PIECE |
|---|---|---|
| See available options | See available options | See available options |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| See available options | See available options | See available options |

| 9PIECE | | |
|---|---|---|
| See available options | | |

Color: **Light Gray**



## Product details

| Top highlights | Item details | Style |

| Measurements | User guide |

| Materials & Care |

| Color | Light Gray |
|---|---|
| Brand | UIXE |
| Size | 5PIECE |



Sponsored

### $599⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

| Add to Cart |

| Buy Now |

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

| Add to List |

| Add to Baby Registry |

Add to Registry & Gifting

Sponsored

# ASIN

# B0CWNTW4RM

2/14/25, 11:42 AM     Amazon.com: UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Roc...



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**Ask Rufus**

Are cushions included with the chairs?

How easy is it to assemble?

Are the chairs suitable for outdoor use?    Ask something else

## UIXE 5 Pieces Outdoor Patio Furniture Bistro Sets with 360° Swivel Rocking Chairs with Side Table, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Red

Visit the UIXE Store

4.8      9 ratings

$649⁹⁹

Or **$38.38** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $549.99 upon approval for Prime Visa.

Size: **5PIECE**

| | | |
|---|---|---|
| **5PIECE** $649.99 | **1PIECE** $179.99 | **2PIECE** $369.99 |
| **3PIECE** $349.99 | **4PIECE** $699.99 | **6PIECE** $949.99 |
| **8PIECE-A** See available options | **8PIECE-B** See available options | **9PIECE-A** See available options |
| **9PIECE** See available options | | |

Color: **Red**



### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| | |
|---|---|
| **Color** | Red |
| **Brand** | UIXE |
| **Size** | 5PIECE |
| **Shape** | Rectangular |

$649⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 15 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | ZZD |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

ˇ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

ASIN

B0CWRXXMK7

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 296 of 332 PageID #:296

2/14/25, 11:43 AM          Amazon.com: UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE R…



Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**●⁺ Ask Rufus**

Are cushions included with the set?     How easy is it to assemble?

Does the fire pit table put out sufficient heat?

Ask something else

## UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Navy Blue

Visit the UIXE Store

4.8          9 ratings

$899⁹⁹

Or $53.15 /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $799.99 upon approval for Prime Visa.

Size: 6PIECE

| 6PIECE $899.99 | 1PIECE $179.99 | 2PIECE $359.99 |
|---|---|---|
| 3PIECE $339.99 | 4PIECE $659.99 ~~$699.99~~ | 5PIECE $599.99 |
| 8PIECE-A $899.99 | 8PIECE-B $699.99 | 9PIECE-A $799.99 |
| 9PIECE $949.99 | | |

Color: Blue



### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| **Color** | Blue |
|---|---|
| **Brand** | UIXE |
| **Size** | 6PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 32 inches |

$899⁹⁹

FREE delivery **February 21 - 26**.
Details

Deliver to Calfee - Chicago 60604

**Only 15 left in stock - order soon.**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0CWRWZ18W



Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**Ask Rufus**

Are cushions included with the set?

How easy is assembly process?

Is the fire pit adjustable for different heat levels?

Ask something else

## UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Beige

Visit the UIXE Store

4.8          9 ratings

### $899$^{99}$

Or **$53.15** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $799.99 upon approval for Prime Visa.

Size: **6PIECE**

| 6PIECE $899.99 | 1PIECE $169.99 | 2PIECE $359.99 |
|---|---|---|
| 3PIECE $349.99 | 4PIECE $699.99 | 5PIECE $599.99 |
| 8PIECE-A $899.99 | 8PIECE-B $699.99 | 9PIECE-A $799.99 |
| 9PIECE $949.99 | | |

Color: **Beige**



### $899$^{99}$

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| Color | Beige |
|---|---|
| **Brand** | UIXE |
| **Size** | 6PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 33 inches |

Sponsored



Style
Modern

Assembly Required
Yes

# ASIN
# B0CWRVQJZV

1

2/14/25, 11:46 AM  Amazon.com: UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE R...



All   **Rufus**   Same-Day Delivery   Medical Care ▼   Groceries ▼   Prime Video   Best Sellers   Keep Shopping For   Buy Again   Today's Deals

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in



**Ask Rufus**

Are cushions included with the set?

How easy is assembly process?

Is the fire pit adjustable for different heat levels?

Ask something else

## UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Dark Gray

Visit the UIXE Store
4.8            9 ratings

### $949$^{99}$

Or **$56.10** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $849.99 upon approval for Prime Visa.

**Size: 6PIECE**

| 6PIECE | 1PIECE | 2PIECE |
|---|---|---|
| $949.99 | $189.99 | $369.99 |

| 3PIECE | 4PIECE | 5PIECE |
|---|---|---|
| $349.99 | $699.99 | $649.99 |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| $899.99 | $699.99 | $799.99 |

| 9PIECE | | |
|---|---|---|
| $949.99 | | |

**Color: Dark Gray**



### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| Color | Dark Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 6PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 20 inches |

### $949$^{99}$

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 16 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

# ASIN

# B0CWRVS3KV

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 303 of 332 PageID #:303

2/14/25, 11:48 AM          Amazon.com: UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE R...



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**Ask Rufus**

Are cushions included with the set?     How easy is it to assemble?

Does the fire pit table put out sufficient heat?

Ask something else

## UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Light Gray

Visit the UIXE Store

4.8          9 ratings

$899⁹⁹

Or **$53.15** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $799.99 upon approval for Prime Visa.

Size: **6PIECE**

| 6PIECE $899.99 | 3PIECE $349.99 | 5PIECE $599.99 |
|---|---|---|
| 1PIECE See available options | 2PIECE See available options | 4PIECE See available options |
| 8PIECE-A See available options | 8PIECE-B See available options | 9PIECE-A See available options |
| 9PIECE See available options | | |

Color: **Light Gray**



## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| **Color** | Light Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 6PIECE |
| **Shape** | Rectangular |

$899⁹⁹

FREE delivery **February 21 - 26**.
Details

Deliver to Calfee - Chicago 60604

**Only 18 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

ASIN

B0CWRW1T8Q

2/14/25, 11:49 AM          Amazon.com: UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE R…



Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in



#### • Ask Rufus

Are cushions included with the set?    How easy is it to assemble?

Is the fire pit adjustable for different heat levels?

Ask something else

### UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE Rattan Rocker Chair Glider Seating Conversation Set for Backyard, Deck, Porch, Red

Visit the UIXE Store

4.8          9 ratings

### $949⁹⁹

Or **$56.10** /mo (24 mo). Select from 1 plan

With **Amazon Business**, you would have **saved $101.17** in the last year. Create a free account and **save up to 2%** today.

Thank you for being a Prime member. Get a $100 Gift Card: Pay $849.99 upon approval for Prime Visa.

Size: **6PIECE**

| 6PIECE | 1PIECE | 2PIECE |
|---|---|---|
| $949.99 | $179.99 | $369.99 |

| 3PIECE | 4PIECE | 5PIECE |
|---|---|---|
| $349.99 | $699.99 | $649.99 |

| 8PIECE-A | 8PIECE-B | 9PIECE-A |
|---|---|---|
| See available options | See available options | See available options |

**9PIECE**
See available options

Color: **Red**

### $949⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 9 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

### amazon business

**Save up to 2%** on this product with business-only pricing.

Create a free account

### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| Color | Red |
|---|---|
| Brand | UIXE |

Sponsored

# ASIN
# B0DL9VRJY5

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 307 of 332 PageID #:307

2/14/25, 11:51 AM       Amazon.com: UIXE 8 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sec…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in



● Ask Rufus

Does the fire pit table provide sufficient warmth?

Are the cushions resistant to fading from sunlight?

Is assembly difficult and time consuming?     Ask something else

## UIXE 8 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sectional Sofa Swivel Glider Chair Conversation Sets with Firepit and Side Table - Blue

Visit the UIXE Store
4.8          9 ratings

### $899⁹⁹

Or **$53.15** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $799.99 upon approval for Prime Visa.

#### Size: 8PIECE-A

| | | |
|---|---|---|
| **8PIECE-A** $899.99 | **1PIECE** $179.99 | **2PIECE** $359.99 |
| **3PIECE** $339.99 | **4PIECE** $659.99 ~~$699.99~~ | **5PIECE** $599.99 |
| **6PIECE** $899.99 | **8PIECE-B** $699.99 | **9PIECE-A** $799.99 |
| **9PIECE** $949.99 | | |

#### Color: Blue



### Product details

| Top highlights | Item details | Style |
|---|---|---|
| Measurements | User guide | |

| | |
|---|---|
| **Color** | Blue |
| **Brand** | UIXE |
| **Size** | 8PIECE-A |
| **Shape** | Rectangular |
| **Manufacturer** | UIXE |

### $899⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

| Add to Cart |
|---|

| Buy Now |
|---|

| | |
|---|---|
| Ships from | ZZD |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

### Add a Protection Plan:

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

| Add to List |
|---|

| Add to Baby Registry |
|---|

Add to Registry & Gifting

Sponsored

ASIN

B0DL9Y2RY6

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 309 of 332 PageID #:309

2/14/25, 11:52 AM       Amazon.com: UIXE 8 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sec…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**Ask Rufus**

Does it come with a cover for the fire pit table?

Are the cushion covers machine washable?

How sturdy are the swivel rocking chairs?     Ask something else

## UIXE 8 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sectional Sofa Swivel Glider Chair Conversation Sets with Firepit and Side Table - Beige

Visit the UIXE Store

4.8          9 ratings

### $899⁹⁹

Or **$53.15** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $799.99 upon approval for Prime Visa.

Size: **8PIECE-A**

| | | |
|---|---|---|
| **8PIECE-A** $899.99 | **1PIECE** $169.99 | **2PIECE** $359.99 |
| **3PIECE** $349.99 | **4PIECE** $699.99 | **5PIECE** $599.99 |
| **6PIECE** $899.99 | **8PIECE-B** $699.99 | **9PIECE-A** $799.99 |
| **9PIECE** $949.99 | | |

Color: **Beige**





## Product details

| Top highlights | Item details | Style |
|---|---|---|
| Measurements | User guide | |

| | |
|---|---|
| **Color** | Beige |
| **Brand** | UIXE |
| **Size** | 8PIECE-A |
| **Shape** | Rectangular |
| **Manufacturer** | UIXE |



Style
Modern

Assembly
Required
Yes

Sponsored



### $899⁹⁹

FREE delivery **February 21 - 26**.
Details

Deliver to Calfee - Chicago 60604

In Stock

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | ZZD |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

# ASIN
# B0DL9YS4NQ

2/14/25, 11:53 AM    Amazon.com: UIXE 8 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sec…



Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in



**Ask Rufus**

Does the fire pit table provide enough warmth?

Are the cushions resistant to mildew?    Is assembly difficult?

Ask something else

# UIXE 8 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sectional Sofa Swivel Glider Chair Conversation Sets with Side Table - Dark Gray

Visit the UIXE Store
4.8         9 ratings

## $899⁹⁹

Or **$53.15** /mo (24 mo). Select from 1 plan

Unlock a $100 Amazon Gift Card upon approval for Prime Visa.

Size: **8PIECE-A**

| 8PIECE-A $899.99 | 1PIECE $189.99 | 2PIECE $369.99 |
|---|---|---|
| 3PIECE $349.99 | 4PIECE $699.99 | 5PIECE $649.99 |
| 6PIECE $949.99 | 8PIECE-B $699.99 | 9PIECE-A $799.99 |
| 9PIECE $949.99 | | |

Color: **Dark Gray**



## Product details

[ **Top highlights** ]  [ Item details ]  [ Style ]

[ Measurements ]  [ User guide ]

| | |
|---|---|
| **Color** | Dark Gray |
| **Brand** | UIXE |
| **Size** | 8PIECE-A |
| **Shape** | Rectangular |
| **Manufacturer** | UIXE |

**Style** Modern

**Assembly Required** Yes

Sponsored

### $899⁹⁹

FREE delivery **February 21 - 26**.
Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | ZZD |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

# ASIN
# B0DRBNCVDJ

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 313 of 332 PageID #:313

2/14/25, 11:54 AM
Amazon.com: UIXE 8 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Pa…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

**Ask Rufus**

Are cushions easy to clean and maintain?

Does it come with assembly instructions and hardware?

How sturdy are the swivel rocker bases?    Ask something else

## UIXE 8 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Patio Sofa Conversation Sets w/Side Table & Ottomans, Dark Blue

Visit the UIXE Store
4.8          9 ratings

### $699⁹⁹

Or **$41.34** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $599.99 upon approval for Prime Visa.

Size: **8PIECE-B**



| 8PIECE-B | 1PIECE | 2PIECE |
|---|---|---|
| $699.99 | $179.99 | $359.99 |
| **3PIECE** | **4PIECE** | **5PIECE** |
| $339.99 | $659.99 $699.99 | $599.99 |
| **6PIECE** | **8PIECE-A** | **9PIECE-A** |
| $899.99 | $899.99 | $799.99 |
| **9PIECE** | | |
| $949.99 | | |

Color: **Blue**

### Product details

| Top highlights | Item details | Style |
|---|---|---|
| Measurements | User guide | |

| | |
|---|---|
| **Color** | Blue |
| **Brand** | UIXE |
| **Size** | 8PIECE-B |
| **Manufacturer** | UIXE |

Assembly Required    Shape
Yes                  Rectangular



$699⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

**Add a Protection Plan:**

Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DRBMVR49

2/14/25, 11:55 AM          Amazon.com: UIXE 8 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Pa…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in



**Ask Rufus**

Are cushions easy to clean and maintain?

Does it come with assembly instructions and hardware?

How sturdy are the swivel rocker bases?     Ask something else

## UIXE 8 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Patio Sofa Conversation Sets w/Side Table & Ottomans, Beige

Visit the UIXE Store

4.8          9 ratings

### $699⁹⁹

Or **$41.34** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $599.99 upon approval for Prime Visa.

Size: **8PIECE-B**

| 8PIECE-B | 1PIECE | 2PIECE |
|---|---|---|
| $699.99 | $169.99 | $359.99 |
| **3PIECE** | **4PIECE** | **5PIECE** |
| $349.99 | $699.99 | $599.99 |
| **6PIECE** | **8PIECE-A** | **9PIECE-A** |
| $899.99 | $899.99 | $799.99 |
| **9PIECE** | | |
| $949.99 | | |

Color: **Beige**






## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Color | Beige |
|---|---|
| **Brand** | UIXE |
| **Size** | 8PIECE-B |
| **Manufacturer** | UIXE |

**Assembly Required** Yes     **Shape** Rectangular

## About this item

- HANDWORK MATERIAL, DURABLE BUILD - For long-lasting comfort, this patio furnitrue set

### $699⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1



[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

https://www.amazon.com/UIXE-Outdoor-Furniture-Conversation-Backyard/dp/B0DRBMVR49/ref=sr_1_5?dib=eyJ2IjoiMSJ9.xzmWhcVS27TJP2lSQM6…          1/8

ASIN
B0DRBM91HZ

1

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 318 of 332 PageID #:318

2/14/25, 11:56 AM          Amazon.com: UIXE 8 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Pa…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in



**Ask Rufus**

Are cushions easy to clean and maintain?

Does it come with assembly instructions and hardware?

How sturdy are the swivel rocker bases?    Ask something else

## UIXE 8 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Patio Sofa Conversation Sets w/Side Table & Ottomans, Dark Gray

Visit the UIXE Store

4.8          9 ratings

### $699⁹⁹

Or **$41.34** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $599.99 upon approval for Prime Visa.

Size: **8PIECE-B**

| 8PIECE-B | 1PIECE | 2PIECE |
|----------|--------|--------|
| $699.99  | $189.99 | $369.99 |

| 3PIECE | 4PIECE | 5PIECE |
|--------|--------|--------|
| $349.99 | $699.99 | $649.99 |

| 6PIECE | 8PIECE-A | 9PIECE-A |
|--------|----------|----------|
| $949.99 | $899.99 | $799.99 |

| 9PIECE |
|--------|
| $949.99 |

Color: **Dark Gray**



## Product details

| Top highlights | Item details | Style |
|----------------|--------------|-------|

| Measurements | User guide |
|--------------|------------|

| Color | Dark Gray |
|-------|-----------|
| **Brand** | UIXE |
| **Size** | 8PIECE-B |
| **Manufacturer** | UIXE |

 Assembly Required    Shape
Yes                                Rectangular

## About this item

- HANDWORK MATERIAL, DURABLE BUILD - For long-lasting comfort, this patio furnitrue set



### $699⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|------------|-----|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

Add to Registry & Gifting

Sponsored

Sponsored

Sponsored

ASIN

B0DRBQ49CN

2/14/25, 11:57 AM          Amazon.com: UIXE 9 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Pa…



Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



## UIXE 9 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Patio Sofa Conversation Sets w/Coffee Table & Ottomans, Dark Blue

Visit the UIXE Store

4.8                          9 ratings

### $799^{99}$

Or **$47.24** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $699.99 upon approval for Prime Visa.

Size: **9PIECE-A**

| 9PIECE-A | 1PIECE | 2PIECE |
| --- | --- | --- |
| $799.99 | $179.99 | $359.99 |

| 3PIECE | 4PIECE | 5PIECE |
| --- | --- | --- |
| $339.99 | $659.99 ~~$699.99~~ | $599.99 |

| 6PIECE | 8PIECE-A | 8PIECE-B |
| --- | --- | --- |
| $899.99 | $899.99 | $699.99 |

| 9PIECE | | |
| --- | --- | --- |
| $949.99 | | |

Color: **Blue**

#### Product details

| Top highlights | Item details | Style |
| --- | --- | --- |

| Measurements | User guide |
| --- | --- |

| Color | Blue |
| --- | --- |
| **Brand** | UIXE |
| **Size** | 9PIECE-A |
| **Manufacturer** | UIXE |

Assembly Required    △  Shape
Yes                  □○ Rectangular

### $799^{99}$

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
| --- | --- |
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Add to cart

Sponsored

https://www.amazon.com/UIXE-Outdoor-Furniture-Conversation-Backyard/dp/B0DRBQ49CN/ref=sr_1_5?dib=eyJ2IjoiMSJ9.xzmWhcVS27TJP2lSQM6…          1/8

ASIN

B0DRBMGC6Y

2/14/25, 11:58 AM          Amazon.com: UIXE 9 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Pa…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

## UIXE 9 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Patio Sofa Conversation Sets w/Coffee Table & Ottomans, Beige

Visit the UIXE Store

4.8                    9 ratings

$799⁹⁹

Or **$47.24** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $699.99 upon approval for Prime Visa.

Size: **9PIECE-A**

| **9PIECE-A** $799.99 | **1PIECE** $169.99 | **2PIECE** $359.99 |
|---|---|---|
| **3PIECE** $349.99 | **4PIECE** $699.99 | **5PIECE** $599.99 |
| **6PIECE** $899.99 | **8PIECE-A** $899.99 | **8PIECE-B** $699.99 |
| **9PIECE** $949.99 | | |

Color: **Beige**



 

## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

**Color**         Beige

**Brand**         UIXE

**Size**          9PIECE-A

**Manufacturer** UIXE

 **Assembly Required** Yes    **Shape** Rectangular

## About this item

- HANDWORK MATERIAL, DURABLE BUILD - For long-lasting comfort, this patio furnitrue set

$799⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

∨ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DRBMFDR4

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 324 of 332 PageID #:324

2/14/25, 11:59 AM          Amazon.com: UIXE 9 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Pa...



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

## UIXE 9 Pieces Outdoor Patio Furniture Set with Swivel Rocker Chairs, PE Wicker Sectional Swivel Glider Chairs Patio Sofa Conversation Sets w/Coffee Table & Ottomans, Dark Gray

Visit the UIXE Store
4.8                    9 ratings

### $799⁹⁹

Or **$47.24** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $699.99 upon approval for Prime Visa.

Size: **9PIECE-A**

| 9PIECE-A $799.99 | 1PIECE $189.99 | 2PIECE $369.99 |
|---|---|---|
| 3PIECE $349.99 | 4PIECE $699.99 | 5PIECE $649.99 |
| 6PIECE $949.99 | 8PIECE-A $899.99 | 8PIECE-B $699.99 |
| 9PIECE $949.99 | | |

Color: **Dark Gray**



## Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| Color | Dark Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 9PIECE-A |
| **Shape** | Rectangular |
| **Item Depth** | 32 inches |

Style
Modern

Assembly
Required
Yes

### $799⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**Only 10 left in stock - order soon.**

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

[ Add to List ]

[ Add to Baby Registry ]

[ Add to Registry & Gifting ]

Sponsored

ASIN

B0DL9XSLP2

2/14/25, 12:01 PM          Amazon.com: UIXE 9 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Se…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets

Sponsored



Roll over image to zoom in

**Ask Rufus**

Does the fire pit table provide sufficient warmth?

Are the cushions resistant to UV fading?

Is assembly difficult and time consuming?          Ask something else

## UIXE 9 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sectional Sofa Swivel Glider Chair Conversation Sets with Side Table - Blue

Visit the UIXE Store
4.8          9 ratings

**$949⁹⁹**

Or **$56.10** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $849.99 upon approval for Prime Visa.

Size: **9PIECE**



| 9PIECE | 1PIECE | 2PIECE |
|--------|--------|--------|
| $949.99 | $179.99 | $359.99 |

| 3PIECE | 4PIECE | 5PIECE |
|--------|--------|--------|
| $339.99 | $659.99 <br> ~~$699.99~~ | $599.99 |

| 6PIECE | 8PIECE-A | 8PIECE-B |
|--------|----------|----------|
| $899.99 | $899.99 | $699.99 |

| 9PIECE-A |
|----------|
| $799.99 |

Color: **Blue**

### Product details

| Top highlights | Item details | Style |
| Measurements | User guide | |

| Color | Blue |
|-------|------|
| Brand | UIXE |
| Size | 9PIECE |
| Shape | Rectangular |
| Manufacturer | UIXE |

Style
Modern

Assembly
Required

**$949⁹⁹**

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|------------|-----|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for **$16.99/month**

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

https://www.amazon.com/UIXE-Outdoor-Furniture-Conversation-Backyard/dp/B0DL9XSLP2/ref=sr_1_5?dib=eyJ2IjoiMSJ9.xzmWhcVS27TJP2lSQM66…          1/8

ASIN

B0DL9XYRPW

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 328 of 332 PageID #:328

2/14/25, 12:02 PM          Amazon.com: UIXE 9 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Se…



Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in

**Ask Rufus**

Does the fire pit table provide sufficient warmth?

Are the cushions resistant to UV fading?

How easy is it to assemble the set?     Ask something else

## UIXE 9 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sectional Sofa Swivel Glider Chair Conversation Sets with Side Table - Beige

Visit the UIXE Store
4.8          9 ratings

$949⁹⁹

Or **$56.10** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $849.99 upon approval for Prime Visa.

Size: **9PIECE**

| 9PIECE | 1PIECE | 2PIECE |
|--------|--------|--------|
| $949.99 | $169.99 | $359.99 |
| **3PIECE** | **4PIECE** | **5PIECE** |
| $349.99 | $699.99 | $599.99 |
| **6PIECE** | **8PIECE-A** | **8PIECE-B** |
| $899.99 | $899.99 | $699.99 |
| **9PIECE-A** | | |
| $799.99 | | |

Color: **Beige**



### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| **Color** | Beige |
|---|---|
| **Brand** | UIXE |
| **Size** | 9PIECE |
| **Shape** | Rectangular |
| **Manufacturer** | UIXE |

🏛 **Style**
Modern

✏ **Assembly Required**
Yes

**About this item**



Sponsored

$949⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

ASIN

B0DL9W4S1L

Case: 1:25-cv-01949 Document #: 1 Filed: 02/24/25 Page 330 of 332 PageID #:330

2/14/25, 12:05 PM          Amazon.com: UIXE 9 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Se…



Sponsored

Patio, Lawn & Garden › Patio Furniture & Accessories › Patio Furniture Sets › Conversation Sets



Roll over image to zoom in



**Ask Rufus**

Does the fire pit table provide sufficient warmth?

Are the cushions resistant to UV fading?

How easy is it to assemble the set?       Ask something else

## UIXE 9 Piece Patio Furniture Set with Fire Pit Table, Outdoor Swivel Rocking Glider Chairs w/Ottomans, Wicker Sectional Sofa Swivel Glider Chair Conversation Sets with Side Table - Gray

Visit the UIXE Store

4.8          9 ratings

### $949⁹⁹

Or **$56.10** /mo (24 mo). Select from 1 plan

Thank you for being a Prime member. Get a $100 Gift Card: Pay $849.99 upon approval for Prime Visa.

Size: **9PIECE**

| 9PIECE | 1PIECE | 2PIECE |
|---|---|---|
| $949.99 | $189.99 | $369.99 |
| 3PIECE | 4PIECE | 5PIECE |
| $349.99 | $699.99 | $649.99 |
| 6PIECE | 8PIECE-A | 8PIECE-B |
| $949.99 | $899.99 | $699.99 |
| 9PIECE-A | | |
| $799.99 | | |

Color: **Dark Gray**



### Product details

| Top highlights | Item details | Style |
|---|---|---|

| Measurements | User guide |
|---|---|

| Materials & Care |
|---|

| Color | Dark Gray |
|---|---|
| **Brand** | UIXE |
| **Size** | 9PIECE |
| **Shape** | Rectangular |
| **Item Depth** | 32 inches |

Style
Modern

Assembly Required
Yes



### $949⁹⁹

FREE delivery **February 21 - 26**. Details

Deliver to Calfee - Chicago 60604

### In Stock

Quantity: 1

Add to Cart

Buy Now

| Ships from | ZZD |
|---|---|
| Sold by | ZZD |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

**Add a Protection Plan:**

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

Add to List

Add to Baby Registry

Add to Registry & Gifting

Sponsored

2/14/25, 2:32 PM                                    Place Your Order - Amazon Checkout

# Secure checkout ∎

### Delivering to Calfee L                                              Change

322 S MICHIGAN AVE STE 900, CHICAGO, IL, 60604-4200, United
States

Add delivery instructions

### Paying with Visa 7670                                                Change

Use a gift card, voucher, or promo code

---

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items (50): | $27,159.50 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $2,783.78 |
| **Order total:** | **$29,943.28** |

---

### Arriving Feb 24, 2025 – Feb 27, 2025

⦿ **Friday, Feb 21 – Thursday, Feb 27**
  FREE Delivery



**Quantity:** 1 Change

Gift options not available

UIXE 6 Pieces Outdoor Patio Furniture Sets with 45" Propane
Gas Fire Pit Table, 360° Swivel Rocking Chairs, PE Rattan
Rocker Chair Glider Seating Conversation Set for Backyard,
Navy Blue
**$899.99**
Ships from ZZD
Sold by ZZD



**Quantity:** 1 Change

Gift options not available

UIXE 3 Pieces Outdoor Swivel Rocking Chairs Patio Furniture
Sets, PE Wicker Patio Swivel Rocker Chair Glider Bistro Set
with Side Table & Thick Cushions for Porch, Pool, Deck,
Garden – Beige
**$349.99 ($116.66 / Count)**
Ships from ZZD
Sold by ZZD



**Quantity:** 1 Change

Gift options not available

UIXE 8 Pieces Outdoor Patio Furniture Set with Swivel Rocker
Chairs, PE Wicker Sectional Swivel Glider Chairs Patio Sofa
Conversation Sets w/Side Table & Ottomans, Dark Blue
**$699.99**
Ships from ZZD
Sold by ZZD