# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shenzhen Sunwell Industrial Co. Ltd.

                        Plaintiff,

v.                                                Case No.: 1:25−cv−01949
*SEALED*

Honorable Lindsay C. Jenkins

The Partnerships and Unidentified Associations Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to seal [5] is denied. The motion seeks to seal the entire case, which is not appropriate for a routine "Schedule A" case. The Court is not convinced that the circumstances described in Plaintiff's filing are truly exceptional; hundreds of other "Schedule A" cases proceed in an unsealed fashion and the Court cannot see why this case is any different. The clerk is directed to unseal the case. By March 11, 2025, Plaintiff may renew its motion to seal certain of its filings, including a motion to seal a schedule of defendants, if Plaintiff believes it can support its request to do so. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.