**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Shenzhen Sunwell Industrial Co., Ltd. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 25-cv-1949 |
| | ) | |
| v. | ) | Judge: Lindsay C. Jenkins |
| | ) | |
| The Partnerships and Unincorporated | ) | JURY TRIAL DEMANDED |
| Associations Identified on Schedule A | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S AMENDED[1] *EX PARTE* MOTION FOR ENTRY OF**
**TEMPORARY RESTRAINING ORDER AND OTHER RELIEF**

Plaintiff Shenzhen Sunwell Industrial Co., Ltd. moves for entry of an *ex parte* temporary

restraining order under Federal Rule of Civil Procedure 65, 17 U.S.C. § 502, and 15 U.S.C. §

1116 which (1) Temporarily restrains Defendants from unlawful making, offering for sale,

selling, and/ or importing in the United Stated any products that infringe U.S. Patent No.

D926,487 (the "'487 Patent"); (2) temporarily restrains the assets of Defendants 1 to 4

associated with their unlawful exploitation of the '487 Patent; (3) allows Plaintiff to seek

expedited discovery; and (4) allows Plaintiff to effectuate service by email.  This motion is

supported by the accompanying memorandum in support and Declaration of Yizhou Liu.

Plaintiff is separately submitting a proposed order for the Court's consideration.

---

[1] The plaintiff files this amended motion following the reassignment to Judge Jenkins, which motion includes a request for asset restraint concerning Defendants 1 to 4. Plaintiff previously filed a motion for temporary restraining and accompanying memorandum and proposed order on March 5, 2025 (Dkts. 13 and 14), which are hereby withdrawn.

Date: March 10, 2025

Respectfully submitted,

*/s/Nicholas P. Zalany*
Yizhou Liu (93842)
bliu@calfee.com
Nicholas P. Zalany (80095)
nzalany@calfee.com
Calfee, Halter & Griswold LLP \
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

*Attorneys for Plaintiff Shenzhen Sunwell Industrial Co., Ltd.*