## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shenzhen Sunwell Industrial Co. Ltd.

                                      Plaintiff,

v.                                                     Case No.: 1:25−cv−01949

                                                           Honorable Lindsay C. Jenkins

The Partnerships and Unidentified Associations Identified on Schedule A, et al.

                                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for reconsideration [73] is denied. Defendants No. 1 HILLGA, and No. 2 ZZD, were dismissed without prejudice for lack of personal jurisdiction nearly a month ago [see docket entry 55]. Plaintiff explains that it has recently received sales transaction information from Amazon establishing that both Defendants made sales to Illinois customers prior to the filing of the Complaint in this action. Because the prior dismissal was without prejudice, Plaintiff is free to re−initiate its claims against these Defendants in a new cause of action, but the Court declines to keep this case open when all other matters requiring the Court's attention have been resolved. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.