IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Sunwell Industrial Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 25-cv-1949 <br><br> **Judge Lindsay C. Jenkins** <br><br> **Magistrate Judge: Heather K. McShain** |

### [PROPOSED] ORDER GRANTING
### PLAINTIFF'S MOTION FOR RELEASE OF CASH BOND

Plaintiff Shenzhen Sunwell Industrial Co., Ltd. ("Plaintiff" or "Sunwell") has moved for the release of Cash Bond posted on March 14, 2025. For good cause shown, the present motion is GRANTED. The ten-thousand-dollar ($10,000) cash bond posted by Plaintiff is hereby released via regular mail to counsel of record for Plaintiff, Nicholas P. Zalany of Calfee, Halter & Griswold LLP at 1405 East Sixth Street, Cleveland, OH 44114.

_____
Judge Lindsay C. Jenkins
United States District Judge

1